LAWRENCE G. BROWN
Acting United States Attorney

JOHN R. MONROE
Member, Iowa Bar # 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0638

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA MARTY, individually and d/b/a ADVANCED FINANCIAL SERVICES, LLC,<br><br>Defendant. | ) | Civil No. 09-cv-600-FCD-EFB<br><br>**Exhibit List for Motion for Preliminary Injunction** |

| Exhibit/Declaration | Page Number |
|---|---|
| Declaration of Shauna Henline | 1 |
| Exhibits to Decl. Henline | 13 |
| Exhibit A-1, Images from Website www.thewpi.org (as of January 7, 2009) | 13 |
| Exhibit A-2, Images from Website www.assetprotectionsociety.org (as of January 7, 2009) | 16 |
| Exhibit A-3, Certified Copy of Marion and Pamela Harris’ 2007 Form 1040X, Amended Individual Income Tax Return | 19 |
| Exhibit A-4, Certified Copy of Kenneth Ratliffe’s 2005 Form 1040 | 31 |
| Exhibit A-5, Certified Copy of Malama Togia amended 2005 Form 1040X | 45 |

| | |
|---|---|
| Exhibit A-6, Certified Copy of Malama Togia amended 2006 Form 1040X | 61 |
| Exhibit A-7, Certified Copy of Merrill and Laverne Chandler's 2007 Form 1040 | 79 |
| Exhibit A-8, Certified Copy of Janet Crosman's 2007 Form 1040 | 90 |
| Exhibit A-9, Certified Copy of Klautrelle Long's 2007 Form 1040 | 104 |
| Exhibit A-10, Certified Copy of Tamla Rencher's 2007 Form 1040 | 114 |
| Exhibit A-11, Certified Copy of Paul Wrubleski's 2007 Form 1040 | 147 |
| Exhibit A-12, Certified Copy of Mark and Susan Ellis' 2007 Form 1040 | 156 |
| Exhibit A-13, Certified Copy of Lawrence Paulsen's 2007 Form 1040 | 163 |
| Exhibit A-14, Summary of Marty-Prepared Form 1099-OID Returns | 189 |
| Exhibit A-15, Summary of Customers Referenced in Henline Declaration | 194 |
| Declaration of Charles Barrett | 195 |
| Exhibits to Decl. Barrett | 200 |
| Exhibit B-1, Invoice from Marty to Barrett | 200 |
| Exhibit B-2, Client Work-up Request Forms | 203 |
| Exhibit B-3, Barrett Forms 1099-OID | 227 |
| Exhibit B-4, Sample Form 1099-OID Return #1 | 230 |
| Exhibit B-5, Sample Form 1099-OID Return #2 | 232 |
| Exhibit B-6, Explanation of How Form 1099-OID Process Works | 235 |
| Exhibit B-7, Barrett's 2007 Form 1040 | 269 |
| Exhibit B-8, E-mails Between Barrett and Marty | 290 |
| Exhibit C-1, Certified Copy of Clinton and Patricia Priestly's amended 2007 Form 1040 | 296 |