# Invoice

**Advanced Financial Services, LLC**
243 Placerville Drive
Placerville, CA 95667
530.644.5643 * 800.300.5643

| Date | Invoice # |
|---|---|
| 10/15/2008 | 1148 |

| Bill To |
|---|
| CHARLES BARRETT<br>P.O BOX 70<br>HOTCHKISS, CO 81419 |

| Terms |
|---|
| Due on receipt |

| Description | Quantity | Amount |
|---|---|---|
| PREPARATION OF YEAR 2007 INCOME TAX RETURNS | | |
| FORMS USED IN PREPARATION INCLUDE: | | |
| FEDERAL FORM 1040 | 1 | 425.00 |
| SCHEDULE A | 1 | |
| SCHEDULE B | 1 | |
| SCHEDULE C | 1 | |
| SCHEDULE D - 42 TRANSACTIONS | 42 | |
| SCHEDULE E, PG 2 | 3 | |
| SCHEDULE F | 1 | |
| SCHEDULE SE | 1 | |
| FORM 6251 | 1 | |
| COLORADO FORM 104 | 1 | |

Charge To VISA
[redacted] 8867
Ex 2/10

Thank You!

Chuck R Barrett

Advanced Financial Services, LLC reserves the right to charge 1.5% late fees on past due invoices.

**Total** $425.00

# Invoice

Advanced Financial Services, LLC
243 Placerville Drive
Placerville, CA 95667
530.644.5643 * 800.300.5643

| Date | Invoice # |
| --- | --- |
| 10/15/2008 | 1147 |

| Bill To |
| --- |
| CHARLES BARRETT<br>P O BOX 70<br>HOTCHKISS, CO 81419 |

| Terms |
| --- |
| Due on receipt |

| Description | Quantity | Amount |
| --- | --- | --- |
| PROFESSIONAL SERVICES | | 650.00 |
| FILE SET-UP AND COMPILATION | | |
| 2007 FEDERAL FORMS 1096 | 5 | 125.00 |
| 2007 FEDERAL FORMS 1099 | 7 | 175.00 |

Thank You!

Charge to Master Card
[redacted] [redacted] 7786
6/10
Mark R Barrett

| | |
| --- | --- |
| Advanced Financial Services, LLC reserves the right to charge 1.5% late fees on past due invoices. | Total $950.00 |

# Client Work-Up Request

Name: Charles R Barrett | Year: 2006 ?
SSN: [redacted]-1683

*Please attach one copy of a statement from the year of financing.*

*United Chase bank
(current bank or mortgage company)

Address: P O Box 94014
Wilmington DE 19850-5298

**Amount Financed: $10,000 | Federal ID #:
*Description (car loan, mortgage, etc.): credit card
*Account # [redacted]2726

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

GOVERNMENT EXHIBIT
B-2

UNITED Mileage Plus®

Payment Due Date:

In U.S. 1-800-537-7783
Español 1-888-446-3308
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect 1-847-888-6600

| | |
|---|---|
| Minimum Payment Due for Credit Access Line | $111.00 |
| Total Minimum Payment Due | $111.00 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

## VISA ACCOUNT SUMMARY

Account Number: [redacted]2726

| | | | |
|---|---|---|---|
| Previous Balance | $4,105.98 | Credit Access Line | $10,000 |
| Payment, Credits | -$1,000.00 | Available Credit | $5,427 |
| Purchases, Cash, Debits | +$1,401.23 | Cash Access Line | $2,000 |
| Finance Charges | +$65.39 | Available for Cash | $2,000 |
| New Balance | $4,572.60 | | |

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/united

## MILEAGE PLUS MILES EARNED

| | |
|---|---|
| Miles earned from United purchases | 1,131 |
| Miles earned this statement from purchases | 796 |
| Total miles unavailable for redemption | 0 |
| Total miles transferred to United | 1,927 |

1-800-421-4655 (Mileage Plus)
1-800-241-6522 (Reservations)

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 04/29 | 24493986119207289004312 | PUPPYFIND.COM 888-740-6870 AZ | | $5.99 |
| 04/27 | 24435656119286499800032 | SIMCHAT TORAH RESOURCE C 303-819-7795 CO | | 24.00 |
| 04/30 | 24455016121710008941936 | FOOD MART #33 SHAWNEE OK | | 50.00 |
| 05/08 | 24692166129000212968711 | SHELL OIL 57441445707 SHAWNEE OK | | 75.00 |
| 05/10 | 24423636131455863035265 | MURPHY 7089 @ WAL-MQ89 SHAWNEE OK | | 37.11 |
| 05/15 | 24610436136004145002017 | CTX*AP270301WJ3P7OBA 09999999999 IL | | 4.99 |
| 05/15 | 24792626136246900331729 | UNITED AIR 0167599195412 NASHVILLE TN | | 500.21 |
| | 052406 1 Q | OKC DEN | | |
| | 2 Q | DEN MTJ | | |
| | 3 QX | MTJ DEN | | |
| | 4 Q | DEN OKC | | |
| 05/23 | 11431430526576571922953 | PAYMENT - THANK YOU | 1,000.00 | |
| 05/23 | 24223696143701461775212 | DMEA 970-240-1264 CO | | 61.00 |
| 05/23 | 24455016144140011484471 | SAMSCLUB #8241 OKLAHOMA CIT OK | | 48.48 |
| 05/24 | 24792626145683000226442 | UNITED AIR 0164068728890 OKLAHOMA CITY OK | | 65.01 |
| | 052406 1 Y | XAA XAA | | 330.00 |
| 05/25 | 24270746145306666180027 | J ERIC HOPKINS DDS SHAWNEE OK | | 28.36 |
| 05/24 | 24388946146489154885954 | IHOP 1918 SHAWNEE OK | | 130.74 |
| 05/26 | 74986821614706000057854226 | DTP/NUTRACIDE 8883288908 | | 40.34 |
| 05/28 | | PAYMENT PROTECTOR 1-888-314-4371 | | |

Diesel

CKS# 1392

X 0000017 FIS33334 C 2 000 N Z 23 06/05/28 Page 1 of 2 06058 MA MA 56861 14810000020535686101

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement.

**Checks Collected Electronically:** We reserve the right to electronically collect your eligible payment checks, at first presentment and any representment, from the bank account on which the check was drawn. Our receipt of your payment check is your authorization for us to collect the amount of the check electronically, or if needed by a draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image will be maintained in our records.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.) If this statement shows a previous cycle average daily balance for purchases, we do the same thing for each day of the previous cycle to get the daily balance of purchases for the previous billing cycle. However, the daily balance for previous billing cycle purchases is considered to be zero for each day of the previous billing cycle if a periodic finance charge was already billed on purchases itemized on your previous statement or we received payment of your New Balance on your previous statement in full by the date and time your payment was due.

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):**

We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

Also, for some Qualifying Promotional Financing balances, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. This is referred to as "deferred interest." If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date. Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

14910002520010726201

MA011806

# *Client Work-Up Request*

Name: Charles R Barrett Year: 2006 ?
SSN: [redacted]1683

*Please attach one copy of a statement from the year of financing.*

Bank America
(current bank or mortgage company)

Address: P O Box 60069
City of Industry Ca 91716-0069

**Amount Financed: $12,000 Federal ID #:
*Description (car loan, mortgage, etc.): credit card
*Account #[redacted]0112

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

Choice Privileges
Visa Platinum Card

CHARLES R BARRETT

**Account Number:** [redacted] 0112

## Your Choice Privileges® Visa® Platinum Account

**New Balance** $269.71

| | | | |
|---|---|---|---|
| Total Credit Line | $12,000.00 | Available Credit | $11,730.29 |
| Cash Limit | $12,000.00 | Available Cash | $11,730.00 |
| Overlimit Amount | $0.00 | Billing Date | 10/17/06 |
| Minimum Payment Due | $10.00 | Payment Due Date | 11/06/06 |

24-Hour Customer Service 1.866.263.5183
For Lost or Stolen Cards 1.800.848.6090

Pay online! Visit www.bankofamerica.com

## Choice Privileges Points Summary

| | |
|---|---|
| Choice Privileges Account Number | [redacted]0716 |
| Points Earned For Purchases This Statement | 573 |
| Bonus Points for Choice Hotel Purchases | 0 |
| Other Bonus Points and Adjustments | 0 |
| Total Points Reported to Choice Privileges | 573 |

## Transactions

View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | | | AMOUNT CR=CREDIT |
|---|---|---|---|---|---|---|
| Oct 02 | Oct 01 | 603 | WAL-MART #0103 | SHAWNEE | OK | $286.49 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | | CR $16.78 |
| Purchases | + | $286.49 |
| Cash Advances | + | $0.00 |
| Other Debits | + | $0.00 |
| Credits | - | $0.00 |
| FINANCE CHARGE | + | $0.00 |
| Payments | - | $0.00 |
| New Balance | = | $269.71 |

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 22.240% | 0.06094%v D | $0.00 | $0.00 P |
| Cash | 24.240% | 0.06642%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE 22.240%** v=Variable

**Customer Corner**

We are making some enhancements to your monthly statement. Watch for an improved easy-to-read format in a new envelope next month.

Please return remit coupon with your payment

**FINANCE CHARGE**

**Annual Percentage Rate (APR)**
Refer to the Finance Charge Summary section of your statement for your current rates. A "V" next to a Periodic Rate means the rate may vary.

If your statement has a Cash Advance Fee, the Annual Percentage Rate will look inflated because we annualize the Cash Advance Fee as if it applies each month over a 12-month period. We do this to meet federal disclosure requirements.

**Grace Period on New Purchases (at least 20-days)**
"Grace Period" means the period of time during a Billing Cycle when you will not accrue Periodic Finance Charges on certain transactions or balances. There is no Grace Period for Cash Advances or Balance Transfers. If you Pay in Full this Statement's New Balance by its Payment Due Date and if you Paid in Full this Statement's Previous Balance by its Payment Due Date, then you will have a Grace Period during the Billing Cycle that began the day after this Statement's Closing Date on the Purchase portion of this Statement's New Balance.

During a 0% promotional APR period: 1) no Periodic Finance Charges accrue on balances with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date to maintain the 0% promotional APR.

**Periodic Finance Charge Calculation Method - Average Daily Balance (Including New Transactions)**
For each day in the Billing Cycle, we take your beginning balance, add any new transactions or other debits (including other fees and charges) and subtract any payments or other credits. This gives us that day's Daily Balance. We multiply this Daily Balance by the Daily Periodic Rate to get your Periodic Finance Charge for that day. We add these Periodic Finance Charges to your Daily Balance to get the beginning balance for the next day.

To get your total Periodic Finance Charge for this Billing Cycle, we add all of the Daily Periodic Finance Charges and round the sum to the next highest cent. This amount is also equal to the Average Daily Balance multiplied by the Daily periodic rate times the number of days in the Billing Cycle rounded to the next highest cent. To determine an Average Daily Balance, we add your Daily Balances and divide by the number of days in the Billing Cycle.

We do this calculation separately for each feature such as Purchases, Cash Advances, Balance Transfers or Promotional Balances. Periodic Finance Charges begin to accrue from the later of the transaction date or the first day of the Billing Cycle in which the transaction appears.

**Account Renewal Information for Open Accounts**
If your account has an Annual Fee and it is billed on this Statement, we will reverse the fee if you cancel your account and pay off any existing Balance within 30 days of receipt of this Statement otherwise, the Annual Fee is non-refundable. You may continue to use your account during the 30-day period before you cancel. To cancel, write us at the Billing Inquiries address or call us at the phone number on the front.

If your name appears on the front of this statement or you otherwise agreed.

**Report a Lost or Stolen Card Immediately**
Call the 24-hour toll free number 1.800.848.6090. Do not use your account after you report a lost or stolen card.

**Cardholder Security Plan℠ / Payment Protection Plan**
If you have questions about your enrollment or need to file for benefits, please call the applicable toll free number below (Monday-Friday, 7:00 a.m. -10:00 p.m. Central Time):
Cardholder Security Plan- 1.888.668.6938; Payment Protection Plan- 1.888.838.0056.

**Service for International Calling**
Dial the AT&T Direct access code for the country you are in and dial 1.888.601.3723. For a list of access codes visit www.bankofamerica.com/contact and select Credit Cards. You may also call us collect at 1.757.677.4701.

**Service for hearing-Impaired (TTY/TDD)**
Contact our service for the hearing-impaired at 1.800.222.7365.

**Pay on-line at www.bankofamerica.com or mail your payment to: BANK OF AMERICA, PO BOX 60069, CITY OF INDUSTRY, CA 91716-0069**

**BILLING RIGHTS SUMMARY**

**STATEMENT DISCLOSURE:**

**In Case of Error or Billing Inquiries**
If you think your bill is wrong, or if you need more information about a transaction on your bill, *you must write to us (on a separate sheet) at PO Box 1390, Norfolk VA 23501-1390 as soon as possible to preserve your rights.* We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address (if we own or operate the merchant, or if we mailed you the advertisement for the property or service, all purchases are covered regardless of the amount or location of purchase).

IMPORTANT CREDIT BUREAU REPORTING INFORMATION REQUIRED BY FEDERAL LAW TO BE DISCLOSED TO YOU

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

# *Client Work-Up Request*

Name: Charles R Barrett Year: 2006 ?
SSN: [redacted]1683

*Please attach one copy of a statement from the year of financing.*

Citi Bank
(current bank or mortgage company)

Address: P O Box 6413
The Lakes NV 88901-6413

**Amount Financed: $7,000 Federal ID #:
*Description (car loan, mortgage, etc.): credit card
*Account #[redacted]6510

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

NNNN-NNNN-NNNN-NNNY
041083530017870001

# We appreciate your business.

If we can make your card membership more rewarding,

do not hesitate to contact us.

PGEN00161004

## Citi® Platinum Select® Card

citi

Account Number
[redacted] 6510

| Customer Service: | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-950-5114 | $7000 | $6974 | $1200 | $1200 | $25.67 |
| BOX 6000 THE LAKES, NV 89163-6000 | Statement/ Closing Date 12/19/2006 | Amount Over Credit Line $0.00 + | Past Due $0.00 + | Purch/Adv Minimum Due $20.00 = | Minimum Amount Due $20.00 |

Activity Since Last Statement

| Sale Date | Post Date | Reference Number | | Amount |
|---|---|---|---|---|
| | | | Payments, Credits & Adjustments | |
| | 12/18 | 81286045 | PAYMENT THANK YOU | -25.67 |
| | | | Standard Purch | |
| | 12/19 | | CREDIT PROTECTOR FEE MNTHLY 8009506194 | 0.22 |
| | 12/19 | | LATE FEE - NOV. PAYMENT PAST DUE | 15.00 |
| 12/04 | 12/04 | GCK7P100 | IDENTITY MONITOR 866-279-[illegible] DE | 9.95 |
| | 12/19 | | PURCHASES*MINIMUM FINANCE CHARGE | .50 |

****Citi Card ThankYou Points Summary****

| | Activity This Period |
|---|---|
| Base Points Earned | 10 |
| Total ThankYou Points Earned This Period | 10 |
| Points Transferred to Your ThankYou Network Member Account | 10 |
| | Year to Date Activity |
| Total Base Points Earned | 69 |
| Total ThankYou Points Earned | 69 |

Go to thankyouredemptions.com to review your ThankYou Point balance and redeem!

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

Your late fee was based on your account balance as of the payment due date (12/07/06), which was $35.62.

HAPPY HOLIDAYS FROM ALL OF US AT CITI! We'd like to take a moment to thank you for being a Citi Card member and let you know that we appreciate your business. Warmest wishes for the upcoming year.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $25.67 | $25.17 | $25.67 | $0.50 | $25.67 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $25.67 | $25.17 | $25.67 | $0.50 | $25.67 |

Days This Billing Period: 32

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES R Standard Purch | $29.28 | 0.04425%(D) | 16.150% | 16.150% |
| ADVANCES D Standard Adv | $0.00 | 0.06367%(D) | 23.240% | 23.240% |

Barrett 15 of 60

71787N

SEND PAYMENTS TO: CITI CARDS, P.O. BOX 6403, THE LAKES, NV 89163-6403 ... PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 01/08/2007

## Information About Your Account

**Grace Period for Purchases:** The grace period for purchases is at least 20 days. Therefore, to avoid periodic finance charges on purchases (excluding balance transfers) that appear on this statement, you must have paid the New Balance on the last statement by that statement's payment due date and also pay the New Balance on this statement by this statement's payment due date. If you made a balance transfer, you may be unable to avoid periodic finance charges on new purchases, as described in that balance transfer offer.

**Grace Period for Advances:** none.

**Rates:** Your annual percentage rates (APRs) and periodic rates may vary. (D) and (F) indicate daily periodic rate. (M) indicates monthly periodic rate.

**Balance Subject to Finance Charge:** We calculate periodic finance charges separately for each balance subject to different terms (e.g., Standard Purch, Standard Adv, and each numbered Offer). Charges include purchases, balances transfers, cash advances, transaction fees, other fees, and any minimum finance charge.

- **Average Daily Balance (Including New Transactions):** For each balance, we multiply the daily balance by the applicable daily periodic rate. We do this for each day in the billing period, including the Statement/Closing Date. To get the daily balance, we take the beginning balance for each balance every day, add any new charges and any periodic finance charge on the previous day's balance, subtract any credits or payments credited as of that day, and make other adjustments. A credit balance is treated as a balance of zero. For each balance, the Balance Subject to Finance Charge is the average of the daily balances during the billing period. If you multiply this figure for each balance by the number of days in the billing period and by the applicable daily periodic rate, the result is the periodic finance charges assessed for that balance, except for minor variations caused by rounding.
- **Special Calculation Method for Certain Cardmembers:** If a periodic rate is followed by an "(M)" or an "(F)", we use the following Average Daily Balance (including new transactions) method. We take the beginning balance for each balance every day (including periodic finance charges imposed in previous billing periods), add any new charges, subtract any credits or payments credited as of that day, and make other adjustments. A credit balance is treated as a balance of zero. This gives us the daily balance. We add up all the daily balances for the billing period (except the balances on the Statement/Closing Date) and divide by the total number of days in the billing period. (For finance charge calculation purposes, the billing period begins on the Statement/Closing Date of the previous billing period.) This gives us the Balance Subject to Finance Charge for that balance. If the balance is subject to a monthly periodic rate, we figure the periodic finance charge by multiplying the Balance Subject to Finance Charge for that balance by the applicable monthly periodic rate. If the balance is subject to a daily periodic rate, we figure the periodic finance charge by multiplying the Balance Subject to Finance Charge for that balance by the applicable daily periodic rate and by the number of days in the billing period.

**Annual Membership Fee:** Any annual membership fee is billed once a year. The amount of the fee is shown on the statement when the fee is billed. If, within 30 days from the mailing or delivery date of the statement with the fee, you contact Customer Service at the address or phone number on this statement to close your account, we will credit your account for the amount of the fee, even if you use your card during that 30 day period.

**Certain Choice Accounts:** If the periodic rate for a CHOICE account cash advance is followed by an (F), the advance is included in the applicable advance balance from the day you take it until the Statement/Closing Date on the current statement. Thereafter, any remaining advance balance is included in the Standard Purch balance.

**Minimum Finance Charge:** We assess a minimum finance charge of $.50 if the periodic finance charge for the billing period would otherwise be less.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at the Customer Service address specified on this statement as soon as possible (you may use, but are not required to use, the 'Notification of Disputed Item' form provided below or a copy of it). We must hear from you no later than 60 days after we send you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

If you choose to use the form below, please call Customer Service for assistance.

If you send us a letter please include the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
- Please be sure all correspondence is signed by the primary cardholder.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent on the disputed item or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price is more than $50 and the purchase is made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## Notification of Disputed Item-Please call Customer Service before completing this form.

Please sign and return this form to the Customer Service address on this statement. You may write us or use this form (or a copy). However, if you use this form, you may want to record the information on the reverse side for your records. Don't mail the form with your payment. You authorize us to send any information you provide in connection with this billing dispute to the merchant. Please print in blue or black ink. If your card has been lost, stolen or you haven't received it, call Customer Service immediately. Don't use this form.

CASE ID: ____________

Name (Please Print) ____________

Signature/Date ____________

Account # ____________

Reference # ____________ Amount of Dispute ____________

Merchant ____________

I have examined the charges made to my account and am disputing an item for the following reason:

☐ 1. Neither I nor any person authorized by me to use my card made the charge listed above. In addition, neither I nor anyone authorized by me received the goods and services represented by this transaction. **(If you don't recognize a sale, choose this option and call Customer Service immediately).**

Barnett 6 of 60

☐ 2. Although I did participate in a transaction with the merchant, I was billed for ____________ transaction(s) totaling $____________ that I didn't engage in, nor did anyone else authorized to use my card. I do have all my cards in my possession. **Enclosed is a copy of the Authorized sales slip.**

☐ 3. I haven't received the merchandise that was to have been shipped to me. Expected date of delivery was ____________ (mm-dd-yy). I contacted the merchant on ____________ (mm-dd-yy) and the merchant's response was ____________. (In order to assist you, the merchant must be contacted.)

☐ 4. I have (circle one) returned/canceled merchandise on ____________ (mm-dd-yy) because ____________. **Provide a copy of the return receipt, postal receipt or proof of refund.**

☐ 5. The attached credit slip was listed as a charge on my statement.

☐ 6. I was issued a credit slip for $ ____________ on ____________ (mm-dd-yy), which was not shown on my statement. **A copy of my credit slip is enclosed.**

☐ 7. Merchandise that was shipped to me arrived damaged and/or defective on ____________ (mm-dd-yy). I returned it on ____________ (mm-dd-yy). Merchant response was ____________. **Please provide postal receipt and/or credit slip.**

☐ 8. My account was charged $____________, but I should have been billed $____________. **Enclosed is a copy of the sales receipt and/or other documents which indicate the correct amount.**

☐ 9. Other. Attach letter describing the dispute.

# *Client Work-Up Request*

Name: Kathleen B Barrett Year: 2006 ?

SSN: [redacted]3709

*Please attach one copy of a statement from the year of financing.*

Discover

(current bank or mortgage company)

Address: P O Box 30943

Salt Lake City UT 84130

**Amount Financed: $7,400 Federal ID #:

*Description (car loan, mortgage, etc.): credit card

*Account # [redacted]4671

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

# The Miles Card Account Summary

**Cardmember since 1990**

**Closing Date: December 25, 2006** page 1 of 3

| | |
|---|---|
| Account Number | [redacted]4671 |
| Payment Due Date | January 24, 2007 |
| Minimum Payment Due | $93.00 |
| Credit Limit | $7,400 |
| Credit Available | $2,741 |
| Cash Credit Limit | $3,700.00 |
| Cash Credit Available | $2,741.00 |

| | | |
|---|---|---|
| Previous Balance | | $5,080.64 |
| Payments And Credits | - | 868.49 |
| Purchases | + | 417.84 |
| Cash Advances | + | 0.00 |
| Balance Transfers | + | 0.00 |
| **Finance Charges** | + | 28.77 |
| New Balance | = | $4,658.76 |

You may be able to avoid Periodic Finance Charges, see the reverse side for details.

pd 1248.10

Vision Reimbursement

## The Miles Card

from Discover® Card

Miles Earned Since Anniversary Date of March 25: 1,870

| | | |
|---|---|---|
| Previous Miles Balance | | 6,176 |
| New Miles Earned | + | 265 |
| **Miles Balance** | | **6,441** |
| **Available to Redeem** | | **6,441** |

## How Can We Help You?

**Please have your Discover Card available.**

**Manage your account online at Discovercard.com**

**Customer Service:** 1-800-DISCOVER (1-800-347-2683)

**For Account Inquiries, write to us at:**
Discover Card, PO Box 30943
Salt Lake City, UT 84130

**TDD (Telecommunications Device for the Deaf):**
For assistance, see reverse side.

## Transactions

**$0 Fraud Liability Guarantee** Use your Discover Card with confidence.

| | Trans. Date | Post Date | | |
|---|---|---|---|---|
| **Payments and Credits** | Dec 5 | Dec 6 | COLDWATER CREEK #10 800-262-0040 ID [redacted]0001 | $ -152.49 |
| | Dec 16 | Dec 16 | PAYMENT - THANK YOU | -716.00 |
| **Merchandise/Retail** | Dec 7 | Dec 7 | SHORTY USA NEWARK DE | 226.87 |
| | Dec 7 | Dec 7 | OVERSTOCK.COM 800-843-2446 UT [redacted]4762 | 50.98 |
| | Dec 15 | Dec 15 | AGO*TAIPAN DYNAMIC T 877-791-6263 MD [redacted]6134 | 49.00 |
| **Other/Miscellaneous** | Dec 8 | Dec 8 | WALLET PROTECTION 1 MO 888-802-9639 UT | 2.99 |
| **Services** | Dec 16 | Dec 16 | AMERICAN KENNEL CLU NEW YORK NY | 44.00 |
| | Dec 16 | Dec 16 | AMERICAN KENNEL CLU|9192339767 NY | 44.00 |

## Information For You

**Cut back on mailbox clutter!** Sign up for Paperless Statements and simplify the way you manage your account. We'll send you an e-mail as soon as your statement is available online. And, while you're at Discovercard.com, you can pay your bill quickly and easily. Sign up at Discovercard.com/ps

It pays to DISC

**Important Information.** [illegible]

SDS3RA0303605 7

**See your Cardmember Agreement.** Your Cardmember Agreement contains all the terms of your Account

**Lost or stolen cards.** Report immediately! Call 1-800-347-2683.

**Billing Rights Summary.** In Case of Errors or Questions About Your Bill: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at Discover Card, P.O. Box 15192, Wilmington, DE 19850-5192, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and Account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the goods or services, all purchases are covered regardless of the amount or location of purchase.)

**Payments.** Send only your payment and the top portion of this statement in the envelope provided. Do not send cash. By sending your check as described above, you authorize us to use information on your check to make an electronic debit from your account at the financial institution indicated on your check. This debit will be for the amount of your check.

The processing of your payment may be delayed if you send cash, correspondence or other items with your payment, if you send the payment to any other address or if you use an envelope other than the one provided. Payments received on or after 1 PM Monday through Friday or on a weekend or bank holiday will be posted to your Account as of the next business day. If you have misplaced your envelope, send your payment to Discover Bank, PO Box 15251, Wilmington, DE 19886-5251. Please allow 7-10 days for delivery.

If your payment is returned unpaid, we reserve the right to resubmit it as an electronic debit.

**Credit Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at the following address: Discover Card, PO Box 15316, Wilmington DE 19850-5316. Please include your name, address, home telephone number and Account number.

**PERIODIC FINANCE CHARGES.** Periodic Finance Charges are imposed on all transactions from the date the transaction is posted to your Account until the date you pay your entire New Balance, by making payments or receiving credits. However, we will provide the following "grace period." If you paid the New Balance on your previous billing statement by the Payment Due Date shown on that statement, and you pay the New Balance by the Payment Due Date on this statement, we will not impose Periodic Finance Charges on new purchases, that is, purchases first appearing on this statement. Otherwise, you will receive a billing statement next month that includes Periodic Finance Charges on those new purchases. There is no grace period on balance transfers or cash advances.

We sort your transactions into groups of purchases, cash advances, and balance transfers and then further sort the transactions within each group by their Annual Percentage Rate. For example, purchases subject to a promotional rate and purchases subject to a standard rate would be separate groups. We refer to these groups as transaction categories. At the end of each billing period, we compute balances and Periodic Finance Charges for each day of the billing period for each transaction category. We use the following equation to compute Periodic Finance Charges for each transaction category: Average Daily Balance x number of days in the billing period x Daily Periodic Rate. (See the finance charge summary on your statement for these amounts.) Then we add up the Periodic Finance Charges for each transaction category to get the total Periodic Finance Charges for your Account. The Average Daily Balance is shown as zero if, because of the grace period, no Periodic Finance Charges apply to the balance in a transaction category.

We use the two-cycle average daily balance (including new transactions) method of calculating the balance upon which we impose Periodic Finance Charges. This means if you did not pay the New Balance shown on the billing statement you received during the previous billing period by the Payment Due Date shown on that statement, we will impose Periodic Finance Charges on new purchases that first appeared on that billing statement, as well as new purchases that first appear on the current billing statement, unless we already imposed Periodic Finance Charges on the purchases on your previous billing statement.

We compute the Average Daily Balance for each transaction category by adding up all the daily balances in a billing period for a transaction category and dividing the total by the number of days in the billing cycle. We compute the daily balance for each transaction category on each day by first adding the following to the previous day's daily balance: transactions made that day, fees charged that day and Periodic Finance Charges accrued on the previous day's daily balance; and by then subtracting any credits and payments that are applied against the balance of the transaction category on that day. In calculating the daily balance for the previous billing period, we consider the "previous day's daily balance" to have been zero on the first day of the billing period. If a transaction is posted to your Account after the close of the billing period in which it occurs, we will treat the transaction as having occurred on the first day of the billing period in which it is posted to your Account.

[illegible]ees charged to your Account are added to the standard purchase transaction category with the exception of Cash Advance Transaction Fee [illegible]e Charges which are added to the applicable cash advance transaction category and Balance Transfer Transaction Fee Finance Charges which [illegible]d to the applicable balance transfer transaction category. When the special rate expires, we move the unpaid balance of the balance transfer [illegible]alance Transfer Transaction Fee Finance Charges to the standard purchase transaction category. However, if the special rate has been [illegible]under the Default Rate Plan, we leave the unpaid balance of the balance transfer and the Balance Transfer Transaction Fee Finance [illegible] applicable transaction category until the special rate would have expired.

[illegible]f you have a variable APR, your APR will increase or decrease when the Prime Rate changes. The Prime Rate used is the highest the prime rate in The Wall Street Journal on the last business day of the month.

[illegible]**rge.** We charge a minimum FINANCE CHARGE of $.50 for any billing period in which some FINANCE CHARGE of less than $.50 [illegible]ted.

[illegible]**ons Device for the Deaf) assistance, please call 1-800-347-7449.**

[illegible]d by Discover Bank, Member FDIC.

OVER

Barrett 19 of 50

# *Client Work-Up Request*

Name: Charles R Barrett Year: 2006 ?

SSN: [redacted] 1683

*Please attach one copy of a statement from the year of financing.*

Continental Chase Bank

(current bank or mortgage company)

Address: P O Box 15298

Wilmington DE 19850-5298

**Amount Financed: $13,400 Federal ID #:

*Description (car loan, mortgage, etc.): credit card

*Account # [redacted] 5794

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

Continental Airlines

| | |
|---|---|
| Payment Due Date: | 12/22/08 |
| Minimum Payment Due: | $703.00 |

| | |
|---|---|
| In U.S. | 1-800-323-6252 |
| Español | 1-888-446-3308 |
| TDD | 1-800-955-8060 |
| Pay by phone | 1-800-436-7958 |
| Outside U.S. call collect | 1-302-594-8200 |

## MASTERCARD ACCOUNT SUMMARY Account Number: [redacted]5794

| | | | |
|---|---|---|---|
| Previous Balance | $8,577.20 | Total Credit Line | $13,400 |
| Purchases, Cash, Debits | +$929.22 | Available Credit | $3,660 |
| Finance Charges | +$233.20 | Cash Access Line | $2,680 |
| New Balance | $9,739.62 | Available for Cash | $2,680 |

3588.17
6151.45

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/continentalworld

A late fee is reflected on this billing statement. Your minimum payment reflects 1% of your statement balance, plus any past-due amount, billed interest, and the billed late fee.

Your credit card account is past due. Please send payment immediately. Call 1-800-955-8030 (collect 1-302-594-8200) today.

## CONTINENTAL ONEPASS MILES REWARDS SUMMARY

| | |
|---|---|
| Double Miles earned from Continental | 0 |
| Miles earned from other purchases | 891 |
| Total Miles earned this statement | 891 |
| Total Miles transferred to Continental | 891 |

Log onto continental.com for more information about your OnePass account and program benefits or to book travel.

Thank you for using your Continental World MasterCard. Use your card for all purchases to earn One Pass Miles that can be redeemed for award travel on Continental Airlines and its SkyTeam partners. And remember, you'll earn Double Miles for Continental flights booked directly with Continental, and at other participating Double Miles merchants - so the Miles really add up! And with other great benefits like no pre-set spending limits, Concierge Service and auto-rental insurance, it's the only card you need!

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 11/01 | 55420366305464900230120 | TLF*T N T FLOWERS TECUMSEH OK | | $114.50 |
| 11/05 | 55541666310004102432185 | AUTOPAY/DISH NTWK RDS 800-333-3474 CO | | 74.90 |
| 11/07 | 55421356312158166002154 | JAVA DAVE'S Q92 OKLAHOMA CITY OK | | 19.75 |
| 11/13 | 85418366318118214291089 | BUDGET CONFERENCING IN CAMBRIDGE MA | | 393.19 |
| 11/16 | 55480776320003279744317 | CINGULAR RT12 8888283014 GA | | 207.98 |
| 11/15 | 85453826320980000493780 | K & M PUMP CO. 580-332-5040 OK | | 13.48 |
| 11/22 | | LATE FEE | | 39.00 |
| 11/21 | 05131876326963263751208 | EUROPE CONCEPT D MELUN FRA | | 66.42 |
| | 11/24 EURO | 49.95 X 1.291091091 (EXCHG RATE) + 1.93 (EXCHG RATE ADJ) | | |

Europe = 601.17
87.00
688.17

X 0000001 FIS33335 C 4 000 N Z 27 06/11/27 Page 1 of 2 06388 MA MA 25429 33110000040502542901

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement.

Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.) If this statement shows a previous cycle average daily balance for purchases, we do the same thing for each day of the previous cycle to get the daily balance of purchases for the previous billing cycle. However, the daily balance for previous billing cycle purchases is considered to be zero for each day of the previous billing cycle if a periodic finance charge was already billed on purchases itemized on your previous statement or we received payment of your New Balance on your previous statement in full by the date and time your payment was due.

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There

advances. In addition, if there is a Qualifying Promotional Financing section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date. Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA080306

3121000175001081760L

# *Client Work-Up Request*

Name: Kathleen B Barrett Year: 2006 ?

SSN: [redacted]-3709

*Please attach one copy of a statement from the year of financing.*

Bank America

(current bank or mortgage company)

Address: P O Bx 15026

Wilmington DE 19850

**Amount Financed: $13,600 Federal ID #:

*Description (car loan, mortgage, etc.): Credit card

*Account # [redacted]-1459

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

**Bank of America**

*Prepared for:* **KATHLEEN B BARRETT**

[redacted]**1459**

**November 2006 Statement**
*Credit Line:* **$13,600.00**
*Cash or Credit Available:* **$13,519.29**

**Customer Service**

*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

## Account Information

| **Summary of Transactions** | | |
|---|---|---|
| Previous Balance | | $35.13 |
| Payments and Credits | - | $18.00 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $63.00 |
| Periodic Rate **Finance Charges** | + | $0.58 |
| Transaction Fee **Finance Charges** | + | $0.00 |
| New Balance Total | | $80.71 |

| **Billing Cycle and Payment Information** | | |
|---|---|---|
| Days in Billing Cycle | | 30 |
| Closing Date | | 11/16/06 |
| Payment Due Date | | 12/14/06 |
| Current Payment Due | | $15.00 |
| Past Due Amount | + | $15.00 |
| **Total Minimum Payment Due** | | **$30.00** |

## Transactions

| **Payments and Credits** | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| TWX SS23H5 NTI GEOTRVLR STAMFORD NY | 10/25 | | 0461 | 1459 | | 18.00 CR |
| **Purchases and Adjustments** | | | | | | |
| OXT 1330393393 1014 800-253-6500 MI | 10/18 | 10/16 | 6239 | 1459 | C | 48.00 |
| LATE FEE FOR PAYMENT DUE 11/15 | 11/16 | 11/16 | 0065 | | C | 15.00 |

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.027369% DLY | 9.99% | $0.00 |
| B. ATM, Bank | 0.052027% DLY | 18.99% | $0.00 |
| C. Purchases | 0.027369% DLY | 9.99% | $70.11 |

**Annual Percentage Rate for this Billing Period:** **9.99%**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

## Important Information About Your Account

YOU ARE A VALUED CUSTOMER. WE WANT TO MAKE SURE YOU ARE AWARE THAT WE HAVE NOT RECEIVED YOUR PAYMENT. PLEASE SEND THE AMOUNT DUE TODAY.
IF IT HAS BEEN MAILED, THANK YOU.

Pd 15/1

USE111 Rev. 09/06

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Category A or B Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Category C or D portions of this statement's New Balance Total.

During a 0% promotional APR period: 1) no Periodic Rate Finance Charges accrue on balance categories with the 0% promotional APR; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% promotional APR.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balance categories: 1) the 0% promotional APR for each of the balance categories will expire as of the end of the next billing cycle; and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% promotional APR period on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Categories A and B – Average Balance Method (including new Cash Advances): We calculate separate Balances Subject to Finance Charge for Category A balances and Category B balances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle Cash Advance" balance, which is a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle Cash Advance balance, we take the beginning balance attributable only to Pre-Cycle Cash Advances (which will be zero on the transaction date of the first Pre-Cycle Cash Advance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle Cash Advances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Categories C and D – Average Daily Balance Method (including new transactions): We calculate separate Balances Subject to Finance Charge for Category C balances and Category D balances. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new transactions, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new transactions, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new transactions, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the Credit Protection plan or for credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge for each category, we multiply the Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges for each category together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Account Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

## CUSTOMER STATEMENT OF DISPUTED ITEM – *Please call toll free 1-866-266-0212 Monday-Thursday 8am-9pm (Eastern Time) and Friday 8am-7pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.*

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT. Choose only one dispute reason.

Your Name: ____________

Transaction Date: ____________ Posting Date: ____________

Amount $: ____________ Disputed Amount $: ____________

Account Number: ____________

Reference Number: ____________

Merchant Name: ____________

- ☐ 1. The amount of the charge was increased from $________ to $________ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.
- ☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.
- ☐ 3. I have not received the merchandise that was to be shipped to me on ____/____/____ (MM/DD/YY). I have asked the merchant to credit my account.
- ☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.
- ☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ____/____/____ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.
- ☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ____/____/____ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.
- ☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $________ Reference #________ Sale #2 $________ Reference #________
- ☐ 8. I notified the merchant on ____/____/____ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:
- ☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ____/____/____ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.
- ☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.
- ☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): ____________ Date: ____________

Best contact telephone #: ____________ Home#: ____________

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

# *Client Work-Up Request*

Name: Charles R Barrett Year: 2006 ?
SSN: [redacted]1683

*Please attach one copy of a statement from the year of financing.*

Hilton Visa
(current bank or mortgage company)

Address: P O Box 6419
The Lakes NV 88901-6419

**Amount Financed: $9,000 Federal ID #:
*Description (car loan, mortgage, etc.): credit card
*Account # [redacted]-2870

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

# Hilton HHonors® Visa Signature®

Account Number
[redacted] 2870

**Customer Service:**
1-866-517-7795
PO Box 44167
Jacksonville, FL
32231-4167

| Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $9000 | $7665 | $9000 | $7665 Purch/Adv | $1334.21 |
| Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Minimum Due | Minimum Amount Due |
| 03/29/2006 | $0.00 | $0.00 + | $36.89 = | $36.89 |

Activity Since Last Statement

| Sale Date | Post Date | Reference Number | | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | |
| | 3/13 | 87825066 | PAYMENT THANK YOU | -398.24 |
| | 3/13 | 87825066 | PAYMENT THANK YOU | -1,500.00 |
| | | | **Standard Purch** | |
| 2/26 | 2/28 | VT*W6XY2 | SONYA LEONARDS LEATHER PLBRANSON MO | 79.33 |
| 3/01 | 3/01 | *YFCBT30 | JUNO ONLINE * SVCS WWW.JUNO.COM CA | 9.95 |
| 3/02 | 3/02 | FOS4BTF* | WM SUPERCENTER SHAWNEE OK | 497.43 |
| 3/11 | 3/11 | 8HLS1100 | TWX*AOL High Speed 0306 888-889-2201 NY | 24.95 |
| 3/23 | 3/23 | BCG8BFF* | WM SUPERCENTER SHAWNEE OK | 121.12 |
| 3/23 | 3/23 | 7KIGVB30 | AUTOPAY/DISH NTWK 08003333474 CO | 49.49 |
| | 3/29 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 6.03 |
| | | | **Standard Adv** | |
| | 3/29 | | ADVANCES*FINANCE CHARGE*PERIODIC RATE | 17.86 |

HILTON

YOU HAVE EARNED 1565 HILTON HHONORS VISA POINTS THIS BILLING CYCLE. TO REVIEW YOUR TOTAL POINTS EARNED, A COMPLETE LIST OF EXCLUSIVE HILTON HHONORS REWARDS, OR TO REDEEM YOUR HILTON HHONORS POINTS, VISIT WWW.HILTONHHONORS.COM OR CALL THE HILTON HHONORS CUSTOMER SERVICE CENTER AT (800) 548-8690.

Remember, with a no-preset spending limit you now have more financial flexibility. But you MUST PAY IN FULL any charges over the revolving credit line indicated.

Tires

Pickup

180.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $912.11 | $782.27 | $912.11 | $6.03 | $788.30 |
| ADVANCES | $1,514.18 | $0.00 | $986.13 | $17.86 | $545.91 |
| TOTAL | $2,426.29 | $782.27 | $1,898.24 | $23.89 | $1,334.21 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $396.65 | 0.05066%(D) | 18.490% | 18.490% |
| ADVANCES Standard Adv | $966.22 | 0.06162%(D) | 22.490% | 22.490% |

44175

SEND PAYMENTS TO: [illegible] P.O. BOX [illegible] THE LAKES, NV 88901-6410
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 04/21/2006

Barrett 27 of 50

period for purchases is at least 20 days. Therefore, to avoid periodic finance charges on purchases (excluding balance transfers) that appear on this statement, you must have paid the New Balance on the last statement by that statement's payment due date and also pay the New Balance on this statement by this statement's payment due date. If you made a balance transfer, you may be unable to avoid periodic finance charges on new purchases, as described in that balance transfer offer.

**Grace Period for Advances:** none.

**Rates:** Your annual percentage rates (APRs) and periodic rates may vary. (D) and (F) indicate daily periodic rate. (M) indicates monthly periodic rate.

**Balance Subject to Finance Charge:** We calculate periodic finance charges separately for each balance subject to different terms (e.g., Standard Purch, Standard Adv, and each numbered Offer). Charges include purchases, balances transfers, cash advances, transaction fees, other fees, and any minimum finance charge.

- **Average Daily Balance (including New Transactions):** For each balance, we multiply the daily balance by the applicable daily periodic rate. We do this for each day in the billing period, including the Statement/Closing Date. To get the daily balance, we take the beginning balance for each balance every day, add any new charges and any periodic finance charge on the previous day's balance, subtract any credits or payments credited as of that day, and make other adjustments. A credit balance is treated as a balance of zero. For each balance, the Balance Subject to Finance Charge is the average of the daily balances during the billing period. If you multiply this figure for each balance by the number of days in the billing period and by the applicable daily periodic rate, the result is the periodic finance charges assessed for that balance, except for minor variations caused by rounding.
- **Special Calculation Method for Certain Cardmembers:** If a periodic rate is followed by an "(M)" or an "(F)", we use the following Average Daily Balance (including new transactions) method. We take the beginning balance for each balance every day (including periodic finance charges imposed in previous billing periods), add any new charges, subtract any credits or payments credited as of that day, and make other adjustments. A credit balance is treated as a balance of zero. This gives us the daily balance. We add up all the daily balances for the billing period (except the balances on the Statement/Closing Date) and divide by the total number of days in the billing period. (For finance charge calculation purposes, the billing period begins on the Statement/Closing Date of the previous billing period.) This gives us the Balance Subject to Finance Charge for that balance. If the balance is subject to a monthly periodic rate, we figure the periodic finance charge by multiplying the Balance Subject to Finance Charge for that balance by the applicable monthly periodic rate. If the balance is subject to a daily periodic rate, we figure the periodic finance charge by multiplying the Balance Subject to Finance Charge for that balance by the applicable daily periodic rate and by the number of days in the billing period.

**Annual Membership Fee:** Any annual membership fee is billed once a year. The amount of the fee is shown on the statement when the fee is billed. If, within 30 days from the mailing or delivery date of the statement with the fee, you contact Customer Service at the address or phone number on this statement to close your account, we will credit your account for the amount of the fee, even if you use your card during that 30 day period.

**Certain Choice Accounts:** If the periodic rate for a CHOICE account cash advance is followed by an (F), the advance is included in the applicable advance balance from the day you take it until the Statement/Closing Date on the current statement. Thereafter, any remaining advance balance is included in the Standard Purch balance.

**Minimum Finance Charge:** We assess a minimum finance charge of $.50 if the periodic finance charge for the billing period would otherwise be less.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at the Customer Service address specified on this statement as soon as possible (you may use, but are not required to use, the 'Notification of Disputed Item' form provided below or a copy of it). We must hear from you no later than 60 days after we send you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

If you choose to use the form below, please call Customer Service for assistance.

If you send us a letter please include the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
- Please be sure all correspondence is signed by the primary cardholder.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent on the disputed item or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price is more than $50 and the purchase is made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## Notification of Disputed Item–Please call Customer Service before completing this form.

Please sign and return this form to the Customer Service address on this statement. You may write us or use this form (or a copy). However, if you use this form, you may want to record the information on the reverse side for your records. Don't mail the form with your payment. You authorize us to send any information you provide in connection with this billing dispute to the merchant. Please print in blue or black ink. If your card has been lost, stolen or you haven't received it, call Customer Service immediately. Don't use this form.

CASE ID: ____________________

Name (Please Print) ____________________

Signature/Date ____________________

Account # ____________________

Reference # ____________________ Amount of Dispute ____________________

Merchant ____________________

I have examined the charges made to my account and am disputing an item for the following reason:

☐ 1. Neither I nor any person authorized by me to use my card made the charge listed above. In addition, neither I nor anyone authorized by me received the goods and services represented by this transaction. **(If you don't recognize a sale, choose this option and call Customer Service immediately).**

☐ 2. Although I did participate in a transaction with the merchant, I was billed for __________ transaction(s) totaling $__________ that I didn't engage in, nor did anyone else authorized to use my card. I do have all my cards in my possession. **Enclosed is a copy of the Authorized sales slip.**

☐ 3. I haven't received the merchandise that was to have been shipped to me. Expected date of delivery was __________ (mm-dd-yy). I contacted the merchant on __________ (mm-dd-yy) and the merchant's response was __________ __________. (In order to assist you, the merchant must be contacted.)

☐ 4. I have (circle one) returned/canceled merchandise on __________ (mm-dd-yy) because __________. **Provide a copy of the return receipt, postal receipt or proof of refund.**

☐ 5. The attached credit slip was listed as a charge on my statement.

☐ 6. I was issued a credit slip for $__________ on __________ (mm-dd-yy), which was not shown on my statement. **A copy of my credit slip is enclosed.**

☐ 7. Merchandise that was shipped to me arrived damaged and/or defective on __________ (mm-dd-yy). I returned it on __________ (mm-dd-yy). Merchant response was __________. **Please provide postal receipt and/or credit slip.**

☐ 8. My account was charged $__________, but I should have been billed $__________. **Enclosed is a copy of the sales receipt and/or other documents which indicate the correct amount.**

☐ 9. **Other** – Attach letter describing the dispute.

C311

80:3510BC00206 (Rev. 2/06)

# Client Work-Up Request

Name: Kathleen B Barrett Year: 2007 or 08 ?
SSN: [redacted]3709

*Please attach one copy of a statement from the year of financing.*

Country Wide
(current bank or mortgage company)

Address: P O Bx 650070
Dallas TX 75265-0070

**Amount Financed: $142,061.79 Federal ID #:
*Description (car loan, mortgage, etc.): mortgage
*Account #[redacted]8133

**The items marked with "*'s" are necessary in order to prepare the documents correctly in our office. Please do not leave these items blank, it will delay your processing.*

***Any research, bookkeeping, or totaling of bank statements, credit card statements, or shoe boxes of receipts will be invoiced at an additional $150.00 per hour. We cannot be responsible for calculation errors.*

***Copies of a statement with the correct information or another form of verifying account information is required.*

**Account Number** [redacted]8133

Property address
38904 45th St

Statement date
06/06/2005

## HOME LOAN DETAILS

**Monthly payment breakdown as of 06/06/2005**

| | |
|---|---|
| Principal and/or interest payment | $864.02 |
| Escrow payment amount | 175.87 |
| **Total monthly home loan payment** | **$1,039.89** |

**Loan type and term**

| | |
|---|---|
| Loan type | 30 Yr Conv ARM w/PMI |
| Contractual remaining term | 29 Years, 11 Months |
| Interest rate | 6.125% |
| **Upcoming dates** | |
| Adjustable Rate Mortgage (ARM) change | 06/2008 |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*). The payment of the items marked with an asterisk (*) are the responsibility of the homeowner.*

| *Description* | *Payee* | *Policy number/Tax ID* | *Frequency* | *Next due date* | *Amount due* |
|---|---|---|---|---|---|
| County taxes | Pottawatomie County Treasurer | [redacted]0000 | Annual | 12/01/2005 | 0.00 |
| Homeowners insurance | Travelers Indemnity Co | [redacted] | Annual | 04/18/2006 | 0.00 |

**Home loan activity since your last statement**

| *Date* | *Description* | *Principal* | *Interest* | *Escrow* | *Total* |
|---|---|---|---|---|---|
| 06/06/2005 | June payment | $138.21 | 725.81 | 175.87 | 1,039.89 |
| | ****Ending balance** | **$142,081.79** | | **$863.94** | |

**NOTE: The ending balance is probably not the same as the amount to payoff your loan. For payoff information, you may use our 24-hour automated information system at 1-800-669-5833.

## TO CONTACT US

**For up-to-the-minute information about the account**, use our 24-hour automated information system. To ask us about this statement or ARM adjustments, automatic payments, tax and property insurance payments, or payoffs and assumptions, call **1-800-669-6607** Monday-Friday, 6AM-5PM Pacific Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1-800-295-0025.

**Please have the account number available when you call.**

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is: Countrywide Home Loans, Attn:
Customer Service SVB-314 P O Box 5170, Simi Valley, CA 93062-5170
Tax Dept SV-24 P O Box 10211, Van Nuys, CA 91410-0211
Insurance Dept SV-22 P O Box 10212, Van Nuys, CA 91410-0212
Payments, Attn: Remittance Processing
P O Box 650070, Dallas, TX 75265-0070
Overnight deliveries 5401 N Beach Street, FWTX 36 Fort Worth, TX 76137
Our website customers.countrywide.com
Your account information is available in Spanish on the site mentioned above.

Equal Housing Lender. © 2005 Countrywide Home Loans, Inc. 4500 Park Granada Calabasas, CA 91302. Trade/service marks are the property of Countrywide Financial Corporation, Inc. and/or its subsidiaries.

## PAYMENT INSTRUCTIONS

***Please***

- Make your check payable to *Countrywide Home Loans*
- Write your account number on your check or money order
- Write in any additional amounts you are including. (If total is more than $5000, please send certified check.)
- Don't staple your check to the payment coupon
- Don't include correspondence
- Don't send cash

**Payments.** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law.

**Additional amounts.** If you submit an additional principal amount, an additional escrow amount and/or an "other" amount with your regular home loan payment of principal and interest, Countrywide will first apply your home loan payment before any additional amount is applied. If your home loan payments are not current, Countrywide will first apply any additional principal amount and/or additional escrow amount to outstanding principal and interest payments due before either additional amount is applied. Any additional amount specified as "other" will be applied first to past due principal and interest payments, then escrow deficiencies, then late charges, then fees and costs due, then outstanding principal

**Avoid late payments.** Make your payment on or before the due date specified in your loan documents. If you don't have a payment coupon, write your account number on your check or money order and submit it promptly to ensure we receive your payment before a late charge becomes due. The payment address is located under To Contact Us. To be sure that we always receive your payment on time, you can have it deducted automatically from your bank. For details, call **1-800-669-6607**.

**Post-dated checks.** Countrywide's policy is to not accept post dated checks, unless specifically agreed to by a loan counselor or technician.

## Payment Received - Step 3 of 3

**Thank you for your payment! Payment Confirmation Number: [redacted]1348P**

**STEP 3 - Your payment has been successfully scheduled. Please select the printer icon and print this confirmation for your records.**

**Payment Request Information:**

| | |
|---|---|
| Account Number: | 098368133 |
| Property Address: | 38904 45Th St |
| Selected Payment: | $1,039.89 |
| Additional Principal: | $0.00 |
| Additional Escrow: | $0.00 |
| Other (Special Fees and Late Charges): | $0.00 |
| MortgagePay on the Web Fee (fee will be drafted apart from your payment draft): | $0.00 |
| **Total Payment:** | **$1,039.89** |
| **Last 4 Digits of Financial Account Number:** | **9351** |
| **Date Payment is Scheduled to be Made:** | **07/08/2005** |
| **Payment Requested:** | **07/08/2005 12:05:32 PM Pacific** |
| **Payment Confirmation Number:** | **20050708120531348P** |

- Please write down the payment confirmation number or print this page for your future reference.
- Your payment request will be processed at 4PM Pacific on the date that you scheduled above. If you entered your payment after 4PM on the scheduled date, it will be processed the following business day at 4PM Pacific.
- If you would like to review transaction information regarding this payment, please visit our web site on the next business day following the scheduled payment day.
- **Only one payment can be scheduled at a time for the same account.** After the payment has been drafted from your financial institution, you may schedule your next payment.
- With MortgagePay on the Web, you must initiate each payment, each month. **Please visit Countrywide's MortgagePay on the Web next month to schedule your next payment.**
- MortgagePay on the Web cannot be used for final payment on your loan, or to payoff your loan in full. Payoffs of $5,000 or less may be made by personal check. For payoffs over $5,000, certified funds are required. Any unauthorized payoff through MortgagePay on the Web will be reversed.

**MortgagePay on the Web service is now available 24 hours a day, 7 days a week.**

Equal Housing Lender. © 2005 Countrywide Home Loans, Inc. Trade/service marks are the property of Countrywide Financial Corporation and/or its subsidiaries. Upfront approval subject to satisfactory property review and no change in financial condition. Some products may not be available in all states. This communication is from a debt collector. State Licensing Information Countrywide's Privacy and Security Statement Terms and Conditions

☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
CHARLES BARRETT
PO BOX 70
HOTCHKISS, CO 81419

1 Original issue discount for 2007
$ 22169.10

2 Other periodic interest
$

OMB No. 1545-0117

**2007**

Form **1099-OID**

**Original Issue Discount**

PAYER'S federal identification number
[redacted]1683

[redacted]'S identification number
[redacted]7310

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 22169.10

**Copy C**
**For Payer**

RECIPIENT'S name
NORTHFORK BANK CENTER MONTROSE BANK

5 Description
LOAN

Street address (including apt. no.)
360 W. BRIDGE ST, PO BOX 600

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code
HOTCHKISS, CO 81419

7 Investment expenses
$

Account number (see instructions)
[redacted]3794

2nd TIN not. ☐

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-OID**

Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2007
$

2 Other periodic interest
$

OMB No. 1545-0117

**2007**

Form **1099-OID**

**Original Issue Discount**

PAYER'S federal identification number

RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

**Copy C**
**For Payer**

RECIPIENT'S name

5 Description

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not. ☐

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-OID**

Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

1 Original issue discount for 2007
$

2 Other periodic interest
$

OMB No. 1545-0117

**2007**

Form **1099-OID**

**Original Issue Discount**

PAYER'S federal identification number

RECIPIENT'S identification number

3 Early withdrawal penalty
$

4 Federal income tax withheld
$

**Copy C**
**For Payer**

RECIPIENT'S name

GOVERNMENT EXHIBIT
B-3

5 Description

Street address (including apt. no.)

6 Original issue discount on U.S. Treasury obligations
$

City, state, and ZIP code

7 Investment expenses
$

Account number (see instructions)

2nd TIN not. ☐

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-OID**

Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

**Original Issue Discount** — OMB No. 1545-0117 — **2007** — Form **1099-OID**

| | |
|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | CHARLES BARRETT<br>PO BOX 70<br>HOTCHKISS, CO 81419 |
| 1 Original issue discount for 2007 | $ 15000.00 |
| 2 Other periodic interest | $ |
| PAYER'S federal identification number | [redacted]1683 |
| [redacted]'S identification number | [redacted]-8360 |
| 3 Early withdrawal penalty | $ |
| 4 Federal income tax withheld | $ 15000.00 |
| RECIPIENT'S name | CITIBANK CREDIT CARD ISSURANCE TRUST |
| 5 Description | HOME DEPOT CREDIT CARD |
| Street address (including apt. no.) | C/O CITIBANK SOUTH DAKOTA NA, 701 EAST |
| 6 Original issue discount on U.S. Treasury obligations | $ |
| City, state, and ZIP code | SIOUX FALLS, SD 57117 |
| 7 Investment expenses | $ |
| Account number (see instructions) | [redacted]3460 |
| 2nd TIN not. | ☐ |

**Copy C For Payer**

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-OID** Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

**Original Issue Discount** — OMB No. 1545-0117 — **2007** — Form **1099-OID**

| | |
|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | CHARLES BARRETT<br>PO BOX 70<br>HOTCHKISS, CO 81419 |
| 1 Original issue discount for 2007 | $ 229000.00 |
| 2 Other periodic interest | $ |
| PAYER'S federal identification number | [redacted]683 |
| RECIPIENT'S identification number | [redacted]1719 |
| 3 Early withdrawal penalty | $ |
| 4 Federal income tax withheld | $ 229000.00 |
| RECIPIENT'S name | COUNTRY WIDE HOME LOANS |
| 5 Description | MORTGAGE |
| Street address (including apt. no.) | PO BOX 5170 |
| 6 Original issue discount on U.S. Treasury obligations | $ |
| City, state, and ZIP code | SIMI VALLEY, CA 93062 |
| 7 Investment expenses | $ |
| Account number (see instructions) | [redacted]1988 |
| 2nd TIN not. | ☐ |

**Copy C For Payer**

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-OID** Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

**Original Issue Discount** — OMB No. 1545-0117 — **2007** — Form **1099-OID**

| | |
|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | CHARLES BARRETT<br>PO BOX 70<br>HOTCHKISS, CO 81419 |
| 1 Original issue discount for 2007 | $ 17100.00 |
| 2 Other periodic interest | $ |
| PAYER'S federal identification number | [redacted]1683 |
| RECIPIENT'S identification number | [redacted]-1719 |
| 3 Early withdrawal penalty | $ |
| 4 Federal income tax withheld | $ 17100.00 |
| RECIPIENT'S name | COUNTRYWIDE HOME LOANS |
| 5 Description | HOME EQUITY LOAN |
| Street address (including apt. no.) | PO BOX 5170 |
| 6 Original issue discount on U.S. Treasury obligations | $ |
| City, state, and ZIP code | SIMI VALLRY, CA 93062 |
| 7 Investment expenses | $ |
| Account number (see instructions) | [redacted]4628 |
| 2nd TIN not. | ☐ |

**Copy C For Payer**

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-OID**

☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
CHARLES BARRETT
PO BOX 70
HOTCHKISS, CO 81419

1 Original issue discount for 2007
$ 22000.00

2 Other periodic interest
$

OMB No. 1545-0117
2007
Form 1099-OID

**Original Issue Discount**

[redacted]ederal identification number [redacted]1683

RECIPIENT'S identification number [redacted]-6609

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 22000.00

**Copy C**
**For Payer**

RECIPIENT'S name
BANK OF AMERICA

Street address (including apt. no.)
100 N TRYON STREET

City, state, and ZIP code
CHARLOTTE, NC 28255

5 Description
CREDIT CARD

6 Original issue discount on U.S. Treasury obligations
$

7 Investment expenses
$

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Account number (see instructions)
[redacted]8867

2nd TIN not. ☐

Form **1099-OID** Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
CHARLES BARRETT
PO BOX 70
HOTCHKISS, CO 81419

1 Original issue discount for 2007
$ 10000.00

2 Other periodic interest
$

OMB No. 1545-0117
2007
Form 1099-OID

**Original Issue Discount**

PAYER'S federal identification number [redacted]1683

RECIPIENT'S identification number [redacted]-2028

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 10000.00

**Copy C**
**For Payer**

RECIPIENT'S name
CHASE BANK USA, NATIONAL ASSOCIATION

Street address (including apt. no.)
WHITE CLY CENTER BUILDING 200, ROUTE 2

City, state, and ZIP code
NEWARK, DE 19711

5 Description
UNITED MILLAGE PLUS VISA CARD

6 Original issue discount on U.S. Treasury obligations
$

7 Investment expenses
$

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Account number (see instructions)
[redacted]2726

2nd TIN not. ☐

Form **1099-OID** Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.
CHARLES BARRETT
PO BOX 70
HOTCHKISS, CO 81419

1 Original issue discount for 2007
$ 9000.00

2 Other periodic interest
$

OMB No. 1545-0117
2007
Form 1099-OID

**Original Issue Discount**

PAYER'S federal identification number [redacted]1683

RECIPIENT'S identification number [redacted]-8360

3 Early withdrawal penalty
$

4 Federal income tax withheld
$ 9000.00

**Copy C**
**For Payer**

RECIPIENT'S name
CITIBANK CREDIT CARD ISSUANCE TRUST

Street address (including apt. no.)
C/O CITIBANK SOUTH DAKOTA NA, 701 EAST

City, state, and ZIP code
SIOUX FALLS, SD 57117

5 Description
HILTON HHONORS VISA CREDIT CAF

6 Original issue discount on U.S. Treasury obligations
$

7 Investment expenses
$

For Privacy Act and Paperwork Reduction Act Notice, see the **2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Account number (see instructions)
Barrett 42 of 50
[redacted]2395

2nd TIN not. ☐ Ur

Form **1099-OID** Department of the Treasury - Internal Revenue Service

# 1040 Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2006

(99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning , ending , OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

| | | |
|---|---|---|
| Your first name and initial: JOHN D | Last name: SMITH | Your social security number: [redacted]-6789 |
| If a joint return, spouse's first name and initial: JANE D | Last name: SMITH | Spouse's social security number: [redacted]-4321 |
| Home address (number and street). If you have a P.O. box, see page 16: 1234 ANY STREET | Apt. no. | You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 16: SOME TOWN NV 12345 | | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**

1 ☐ Single
2 [X] Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ First name / Last name
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ First name / Last name / SSN
5 ☐ Qualifying widow(er) with dependent child (see page 17)

Check only one box.

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [X] Spouse
Boxes checked on 6a and 6b: 2

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 19.

No. of children on 6c who: • lived with you • did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ 2

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a — b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities 16a — b Taxable amount (see page 26) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) FORMS 1099-OID | 21 | 533,745 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 533,745 |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 533,745 |

GOVERNMENT EXHIBIT B-4

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80. Form **1040** (2006)

(HTA)

Form 1040 (2006) JOHN D and JANE D SMITH [redacted]-6789 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | | 533,745 |
| 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ► 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ► 39b ☐ | | |
| 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | | |
| 41 | Subtract line 40 from line 38 | | 533,745 |
| 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | | |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 533,745 |
| 44 | **Tax** (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | |
| 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | | |
| 46 | Add lines 44 and 45 ► | | |
| 47 | Foreign tax credit. Attach Form 1116 if required | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | | |
| 50 | Education credits. Attach Form 8863 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | | |
| 52 | Residential energy credits. Attach Form 5695 | | |
| 53 | Child tax credit (see page 42). Attach Form 8901 if required | | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | | |
| 56 | Add lines 47 through 55. These are your **total credits** | | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► | | |

Standard Deduction for— • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. • All others: Single or Married filing separately, $5,150; Married filing jointly or Qualifying widow(er), $10,300; Head of household, $7,550

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | | |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | |
| 62 | Household employment taxes. Attach Schedule H | | |
| 63 | Add lines 57 through 62. This is your **total tax** ► | | |

## Payments

| Line | Description | | Amount |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 533,745 | |
| 65 | 2006 estimated tax payments and amount applied from 2005 return | | |
| 66a | Earned income credit (EIC) | | |
| b | Nontaxable combat pay election ► 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | | |
| 68 | Additional child tax credit. Attach Form 8812 | | |
| 69 | Amount paid with request for extension to file (see page 60) | | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | | |
| 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 40 | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ► | | 533,785 |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | | 533,785 |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ | | 533,785 |
| ► b | Routing number ► c Type: ☐ Checking ☐ Savings | | |
| ► d | Account number | | |
| 75 | Amount of line 73 you want applied to your 2007 estimated tax ► 75 | | |

Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888.

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ► | | |
| 77 | Estimated tax penalty (see page 62) | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 63)? ☐ Yes. Complete the following. ☐ No

Designee's name ► Phone no. ► Personal identification number (PIN) ►

## Sign Here

Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ► | EIN | Phone no. | State | ZIP code

Form **1040** (2006)

Barrett 32 of 50

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2006** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning , ending | OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

| LABEL HERE | | | |
|---|---|---|---|
| Your first name | M.I. | Last name | Suffix | Your social security number |
| JOHN | D | DOE | | [redacted] 6789 |
| If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security number |
| JANE | D | DOE | | [redacted] 4321 |
| Home address (number and street). If you have a P.O. box, see page 16. | | | Apt. no. | You must enter your SSN(s) above. |
| 1234 ANY STREET | | | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. | | | | Checking a box below will not change your tax or refund. |
| SOME TOWN | | NV | 12345 | |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ First name / Last name
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ First name / Last name / SSN
5 ☐ Qualifying widow(er) with dependent child (see page 17)

Check only one box.

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse
c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 19.

d Total number of exemptions claimed

Boxes checked on 6a and 6b: 2
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ 2

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 533,745 |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a — b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities 16a — b Taxable amount (see page 26) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 533,745 |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 533,745 |

GOVERNMENT EXHIBIT
B-5

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80. Form **1040** (2006)

Form 1040 (2006) JOHN D and JANE D DOE [redacted]6789 Page 2

## Tax and Credits

38 Amount from line 37 (adjusted gross income) — 38: 533,745

39a Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ► 39a

b If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ► 39b ☐

Standard Deduction for—
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34.
- All others: Single or Married filing separately, $5,150; Married filing jointly or Qualifying widow(er), $10,300; Head of household, $7,550

40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) — 40

41 Subtract line 40 from line 38 — 41: 533,745

42 If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d — 42

43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- — 43: 533,745

44 Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 — 44: 160,061

45 Alternative minimum tax (see page 39). Attach Form 6251 — 45

46 Add lines 44 and 45 ► 46: 160,061

47 Foreign tax credit. Attach Form 1116 if required — 47

48 Credit for child and dependent care expenses. Attach Form 2441 — 48

49 Credit for the elderly or the disabled. Attach Schedule R — 49

50 Education credits. Attach Form 8863 — 50

51 Retirement savings contributions credit. Attach Form 8880 — 51

52 Residential energy credits. Attach Form 5695 — 52

53 Child tax credit (see page 42). Attach Form 8901 if required — 53

54 Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 — 54

55 Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form — 55

56 Add lines 47 through 55. These are your total credits — 56

57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► 57: 160,061

## Other Taxes

58 Self-employment tax. Attach Schedule SE — 58

59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 — 59

60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required — 60

61 Advance earned income credit payments from Form(s) W-2, box 9 — 61

62 Household employment taxes. Attach Schedule H — 62

63 Add lines 57 through 62. This is your total tax ► 63: 160,061

## Payments

64 Federal income tax withheld from Forms W-2 and 1099 — 64: 533,745

65 2006 estimated tax payments and amount applied from 2005 return — 65

66a Earned income credit (EIC) — 66a

b Nontaxable combat pay election ► 66b

If you have a qualifying child, attach Schedule EIC.

67 Excess social security and tier 1 RRTA tax withheld (see page 60) — 67

68 Additional child tax credit. Attach Form 8812 — 68

69 Amount paid with request for extension to file (see page 60) — 69

70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 — 70

71 Credit for federal telephone excise tax paid. Attach Form 8913 if required — 71: 40

72 Add lines 64, 65, 66a, and 67 through 71. These are your total payments ► 72: 533,785

## Refund

Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888.

73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid — 73: 373,724

74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ — 74a: 373,724

► b Routing number ► c Type: ☐ Checking ☐ Savings

► d Account number

75 Amount of line 73 you want applied to your 2007 estimated tax ► 75

## Amount You Owe

76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 ► 76

77 Estimated tax penalty (see page 62) — 77

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 63)? ☐ Yes. Complete the following. ☐ No

Designee's name ► Phone no. ► Personal identification number (PIN) ►

## Sign Here

Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation | Daytime phone number

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code | EIN | Phone no. | State | ZIP code

Form 1040 (2006)

Barrett 35 of 50

Schedule B (Form 1040) 2006 — OMB No. 1545-0074 — Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side — Your social security number

JOHN D and JANE D DOE — [redacted]6789

# Schedule B—Interest and Ordinary Dividends

Attachment Sequence No. 08

## Part I Interest

(See page B-1 and the instructions for Form 1040, line 8a.)

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | |
| | BANK OF AMERICA, FORM 1099-OID | 500,000 |
| | CITIBANK, FORM 1099-OID | 10,500 |
| | MID STATE FINANCING, FORM 1099 OID | 23,245 |
| 2 | Add the amounts on line 1 | 533,745 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 533,745 |

Note. If line 4 is over $1,500, you must complete Part III.

## Part II Ordinary Dividends

(See page B-1 and the instructions for Form 1040, line 9a.)

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| 5 | List name of payer ▶ | |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ | |

Note. If line 6 is over $1,500, you must complete Part III.

## Part III Foreign Accounts and Trusts

(See page B-2.)

| | You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| 7a | At any time during 2006, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 8 | During 2006, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

For Paperwork Reduction Act Notice, see Form 1040 instructions. — Schedule B (Form 1040) 2006

Conversation between RJ, Tom, and Jim & Jack – 02-24-08

[Tom] Hello, this is Tom.

[RJ] Hey, Tom it's RJ and I've got Jack and Jim on the line, too.

[Tom] Ok.

[RJ] Is this a good time, are you ok?

[Tom] Yeah, I was just building furniture.

[RJ] Oh, really, you're out in Los Vegas building furniture.

[Tom] Well, yeah, my daughter brought home these things; they have to built, bar stools and TV consoles and all kinds of stuff.

[RJ] I got you, alrighty. Well, you guys, Jack and Jim, are you all set up?

[Jim] Yeah, we're all set up.

[RJ] If you'll do me a favor, Tom, and sort of hang in with me I'm going to be asking you a whole bunch of questions but before I do I'm going to ask you a very general question to sort of get things kicked off and I'm going to let you go ahead and tell me whatever it is you want to tell me. And that question is, can you tell me what you've been able to do with this technology for yourself and then, of course, for other people that you've helped. In other words, just give me sort of a general introduction into what you've been doing.

GOVERNMENT EXHIBIT B-6

[Tom] Ok. Well, back in the '90's following the banking crisis I went into bankruptcy. I used to be a contractor and went into bankruptcy because I couldn't collect on money that people owed me, the....issue. I had assets to cover my expenses but I couldn't get paid, myself, so actually I was going to go into default and I used bankruptcy to keep me out of trouble and prevent any lawsuits from happening. So I ran through Chapter Thirteen bankruptcy for four or five years. Once I was into it I found out that it was al very good tool to use. Now, I had been involved in a Subchapter S corporation. I was the proprietor; everything came back to me in the form of a ...SK1 returns. In other words, any income from the corporation comes back directly to me. So, when I went into bankruptcy court the IRS standing there with their hand out. I owed them money. Well, I objected to that concept. 'You're very much mistaken, I don't owe you money; you owe me money.' So the court generously just put the IRS issue on the side. So we'll deal with that in the future and just hold our liability aside and... So during that five years I learned a lot about bankruptcy. The rules are very solid, they're very stiff, they're very rigid, they...bankruptcy court a lot of leeway and I had been a reader of Irwin Schiff back in 1984 when he put out his zero income tax stuff and so I've been a...of his program and the previous thirteen years of going to tax court and beating the IRS every year in tax court on a conventional kind of a filing very...to myself. And being a contractor I was familiar with filling out bid bonds, performance bonds, payment bonds—pretty natural for contractors. I found out that the government has their own bonds, 23, 24, 25. And Miller Act bonds which are numbers close to that but they're used in state or federal or something...I can't quite remember. But I also found out that in courts, courts operate on these bonds and that the owner of a court case is the one holds the bonds in the largest amount, the insurance company, the one who gets to decide. So, I went through my bankruptcy, beat the IRS up, made them pay me back money they really didn't owe me because I deduced by filling out forms 23, 24, and 25 that I was the principal on the account. I was the surety when I did those bonds. Those bonds were securities and when I looked at 1099 forms I found out that it said please list here in the securities. When I looked at a 1096 it said, 'fill out both things, whatever's happening on a 1099. We had the debit account which is the social security number 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, and we had the credit accounts which is the EIN number, Employee Identification Number, exemption account number, whatever you want to call it, which is the same number without dashes. So we had the debit and the credit side which is what everything in America is about, double entry accounting. And this matches public policy and public policy is bankruptcy. There is no gold, there is no silver; we don't do things with substance; it is based upon the full faith and credit. Now, the word, faith, means as long as you want to use it, it works. And credit means pretty much as I deduce it, labor. The fact that we have the ability to produce labor is why we have the ability to produce credit and because we can use our credit and the United States government is using our credit, also, our credit is used to build a General Motors plant....or anything else in the world. And that's done, generally speaking, by the county attorney and he does this with 1099 forms because he issues credit with your name without your knowledge, without your blessing, without your consent because of contracts you've entered into like social security agreement where you have volunteered to become the surety for the United States Corporation. In other words, by your labor you will pay their bills and I thought, 'well, that's a pretty crappy deal, because I know what social security benefits are so that's not a really good deal, we'll see what we can do about that.' So I did do a little investigation and concluded by looking at security websites you can withdraw from social security. The account number, itself, will never change and that's because it references an account number at the office of Treasury which was established for a trust. That trust is not you, it per se is not the mark of the beast but having said that it does reference an account number tracking you and the trust as being maintained by the public trustees which is why as a public trustee you're a co-trustee in these affairs you are required to file income tax returns and you are required to do a lot of fiduciary things. You stay in that position you are not the only fiduciary in this matter because the United States being in bankruptcy is run by the trustee of bankruptcy which is the Secretary of the Treasury, he's also the governor for the International Monetary Fund {IMF} etc, etc., etc. In other words, in the United States Corporation nothing can happen without the approval of the Trustee in Bankruptcy, the Receiver in Bankruptcy...the Secretary of the Treasury. So his legal department is called the Department of Justice, they administer the bankruptcy of the United States. His accounting department is called the IRS. They administer the accounting.

I have a background in the military. I understand that in order to get something done in the military it's produce the right piece of paper. You want a potato, the form that you requisition a potato send it up the line and it might get 300 signatures on it but tomorrow you get a potato. Now, you can go to a general and ask him to order you a potato and you will not get it done if you don't use the right form because it's all about process. And process is dumb, it's stupid, it's automated and they don't recognize anything that's outside their process. If you go outside your process they recognize them as some kind of bogus operation, something that shouldn't be completed. So I've kind of concluded over the years that if you don't use the government forms you will pretty much deal with them seamlessly and invisibly. So, the 1040 form is kind of a standard for everybody in America; we don't know that. ...you claim a refunding or past taxes paid. We'll I know that it's not any positive law, it's a voluntary law. The voluntary law that you're involved in is bankruptcy. You have a right to use the bankruptcy so that you cannot be held liable for your debt and never be in debt. And by the way, in the original language the words, debt and sin, are the same words. We have commerce we call it debt; in a spiritual sense we call it sin. We get into the Bible we'll find out that we are redeemed from sin. We have our salvation, we have a remedy. And in commerce we have the same thing, we have a remedy and the remedy is bankruptcy. You do not have to go into bankruptcy court to use the bankruptcy—we use it everyday. We use it with Federal Reserve notes; it is based upon a promise. Therefore a promise is payment and according to 18 USC a promissory note is as good as cash. Now, the Federal Reserve has no desire to help you open up this fraud, this Pandora's box. They issue or use our credit all the time without our knowledge and consent. We don't understand that, we don't understand a promissory note for a car or a house and that promissory note is the payment. The bank, itself, lends you nothing. They may do some processing but that's essentially it....charts and Treasury regulations that tells them how much of a percentage, one and a half percent, two percent, four percent, seven percent, that they can get as a fee for processing your credit to the United States Treasury. The reason the United States Treasury owes you and is obligated to pay the bills for you is because they took everything of substance, they took the gold, they took the silver, they took title to your land and title to your car and as I understand it the birth certificate is title to your labor for your lifetime.

[RJ] Exactly. Now actually—hey, let me interrupt for a second because a lot of stuff you're covering Jack and Jim and I are already familiar with and most of the people that we're going to help are already familiar with it. Here's what I'd like. Could you give me a real quick rundown of what you've actually done and then, of course, any people that you've helped that have actually also done it. In other words, you're getting back funds at the end of the year; I just want to know...

[Tom] And essentially I have paid a tax by paying an electric bill for $123. I am paying a tax on something I've already funded.

[RJ] I know.

[Tom] ...paid to me, it came from my credit, our credit, as Americans we own the country. So, I pay $123 at Wal-Mart, paid $123 in tax, one hundred percent tax. Now, they are acting as a withholding agent. They're withholding taxes which they are obligated to return to Treasury and it's kind of like a claim process. You go into a restaurant and check your coat or put your car into Valley Parking, they give you a claim check to get it back. That's what the 1040 is, the claim check to get your taxes back.

[RJ] I thought that was the 1099OID.

[Tom] Well, it is. The 1099OID is specific to render, so in other words, if you pay your…, First Shyster Bank, $1000 a month for 12 months you paid Shyster Bank $12,000 in taxes. Now, Shyster Bank is obligated to put it to the Treasury. The Treasury is tracking it with the IRS and if you're putting a claim form to…the $12,000. The reason a 1099 is required is because this is an individual account relationship between you and that bank. And if that bank did not return $12,000 to the Treasury then they're guilty of income tax evasion; they done some kind of fraud or cheating. So if you do not help the IRS by demonstrating who you paid your taxes to they do not give you a refund because you're not helping them with the bankruptcy of the United States. So you need to tell them who you're paying taxes to. Now, my understanding of Federal Reserve notes they are petty change accounts. They are what you use to, when you run in and buy a pack of cigarettes, gum or a candy bar, nobody wants you to fill out forms to get back $5. The forms would cost more to do, more labor intensive than postage and processing and it's all ridiculous. So, essentially, what you use cash for you cannot go in and do a 1099OID on; it's just petty change and nobody needs to track it. If you'll do your major accounts, you do your mortgage, your car, your insurance, your electric bill, your gas bill for your…, your medical bills, your college tuitions, these will be refundable to you.

[RJ] What about credit cards where you're using, for example, a debit account, you can go in and buy petty change stuff with a debit card and yet that'll track and add up over the course of say a month, why couldn't you use it to cover that, as well or could you? What I was just asking to do a quick recap was you were giving a bunch of background, etc, could you just briefly go through what you have actually been able to do and what other people that you've helped, what you have actually accomplished.

[Tom] Well, I do the 1099's for myself and that's how I began to learn the process. And then I was getting refunds for it. The first time I did that was, I think, 2000. It took ten months for me get a refund and the second year it took seven months and the third year the process was down to three or four. Now, it's three to four months, the normal kind of tax return… The first year because so many months went by I had to contact my Congressman who put me in touch with the taxpayer advocate who had the IRS call me and they said, 'do you understand what you've done?' And I said, 'no, I guess not, what have I done?' And they said, 'well, you have made us adjust all these accounts. If I paid First Shyster Bank $12,000 and they may not report that as income, IRS is going after them as income. They didn't report it properly, income tax evasion. Now, most corporations report this stuff wrong. And in a W2 it says that you are in receipt of income which is corporate profit that you do not work to labor for or wages which means that you're a government employee {employee means government worker in French} and you are collecting taxes as a paycheck. So if you are not in that category you did not collect wages or income and you need to collect the W2 and that means that you have issued your credit when you signed your paycheck. Any negotiable instrument you put your name on you are liable for, you issued the credit for. So anybody who's familiar with Winston Shrout or Sam Kennedy or writing promissory notes now understands that they've written a security and that security is the issuance of their credit. And when you issue your credit to the bankrupt United States they have borrowed it from you and they owe you a return of principal plus interest. And that's what the 1040 form is about. That's what the 1099 forms are about. When you do the 1099 forms you're saying who did you pay taxes to or who did you issue your credit to? And you don't always know what that is because you don't know how much of your credit was issued to pay the roads in your county or build the schools or fund that Wal-Mart or whatever. So, what I determined and what I

found out when I was in bankruptcy is that I can appoint fiduciaries to handle things for me. They are already public trustees. It is their duty and job and they get paid to do this. So, by using a form 56 which is the appointment of fiduciaries that the IRS puts out you can appoint the Secretary of the Treasury, trustee and receiver in bankruptcy to investigate the matter for you and fill out what you don't know. So, if you will do the 1099s on what you do know you have pretty much told the government that anything else that is hit my credit from my account is either unauthorized or has been done by another party, identities theft. It's common that the county attorney does this for you annually, not quarterly. But there are people in the country who have had covert operations or black operations using their Treasury account to go fund drug deals in Afghanistan or selling weapons in Iraq or whatever. I'm trying to help a guy, right now, who's former military and they took away his military pension and they say that he has a 2.1 billion dollar tax liability. Now, he's a retired soldier so he never had the opportunity to make 2.1 billion in his lifetime. So, obviously, there's no tax there for 2.1 billion. But his Individual Master File shows that he was a drug dealer in Afghanistan. In other words, covert operations…in his name and that's what was funding it to his account and he being a co-fiduciary on the account is liable to keep the account in balance.

[RJ] Got it.

[Tom] So, when I discovered these things I found out by kind of a mental process of elimination if you get a traffic ticket for $150 you're $150 check is already pre-paid. You can use your exemption and your credit to pay the bill. You can accept the bill for value. I have accepted it, therefore it's a proof you have my approval to get the $150.

[RJ] Let me interject and say that other people have done this and it's as if they've done nothing. It's a joke to whomever you're turning it into.

[Tom] It depends. My viewpoint,….against the Bible, it's the only word of truth. So bankruptcy in my opinion is a Biblical fact. In the beginning God said, 'when you did sin you shall surely die.' But when they sinned He gave them time, He gave them a remedy; He gave them the slaughtered an animal and shed blood, told us that the remedy for sin was blood and then He gave Adam and Eve 800 more years, time to find the remedy. So, that's where I lives are; our life is bankruptcy and we have time to go find the remedy in a spiritual sense. In a commercial sense the only remedy we have to any of the problems we have in our commercial system is the bankruptcy. And if you'll think about this logically you'll see that for every transaction in America that they hand you a receipt for, what have they really done? They've given you a bill of exchange. Here's $19 for services; if you would sign it and use your credit…you should be able to return that piece of paper back to them. Now payment has been made; they can adjust their books, forward it on to Treasury, and you see, no refund would be due because you didn't actually spend any money, did you? Your credit was already issued to take care of you… Therefore all is right with the world. But because they demand that you give them cash they're withholding credit or taxing you a second time, they are becoming withholding agents for the government and now they have borrowed it from you again. And now, they need to return it to you… We have lent them our credit, they are using it, they need to refund it to us with interest. This is why the United States Corporation is concerned about making profit.

[RJ] Let me ask you this. Is part of the problem that people are having in using this system the fact that they haven't properly filed a form 56 to appoint the Secretary of Treasury as the trustee?

[Tom] Well, you got to appoint somebody as trustee.

[RJ] Well, who else would you appoint besides the Secretary of the Treasury?

[Tom] You would not; I mean, you can in a court case, you asked about things that I've done with this knowledge. In court cases I have used the form 56 to appoint a prosecutor as my fiduciary. He's underneath the Secretary of the Treasury but I'm giving him direct responsibility to take care of the traffic ticket. Here's my exemption, give me the traffic ticket, accept it for value, use my credit to discharge the debt and if you don't you are in violation of the bankruptcy of the United States which is sedition against the United States which could be a life sentence. Is that what you want to do?

[RJ] How do you let these people know to gain the leverage to get them to cooperate?

[Tom] By bringing up sedition, treason, insurrection and RICO, and conspiracy, enticement into fraud, enticement into slavery, all the crimes that are listed in 18 USC. Now, if you're going to do this to me and you're going to violate the bankruptcy of the United States in my presence you are committing sedition and if you'll take a look at Title for 22 USC, the Title for USC is foreign agents, intercourse and propaganda. All attorneys are registered and have a BAR number because they are foreign agents; they are involved in intercourse and what tool are they using, propaganda; it's not truth it's a lie. The entire concept of debt is a lie, it's a Satanic lie. It's what keeps us mentally bound and imprisoned. When we think we're in debt, we're a slave. If we think we're in debt we obey the master. Now, when we find out that we are the master we issue the credit; they are using what belongs to us and they need to repay us. Now, who's the master and who's the slave? The Bible has this wrapped up in one verse and it says, 'the tail will wag the dog.' Everything is backwards. And that's what we don't understand. When we talk about our public servants being public servants and yet when you go into a courtroom they act like the master. Now, how is this—that a servant cannot tell the master what to do. And when you into a courtroom and they're going to whack you and throw you in jail if you.... And now that wouldn't be a big deal if everyone had unlimited funds but people don't so this becomes an injury to people and that is never right. You cannot throw somebody out of a house in a foreclosure and justify profit to a corporation as a higher goal than an injury to a man. It's unacceptable. That's what bankruptcy's about. So, bankruptcy is we cannot do this injury to people; we have to let them go. It's the deal and contract we're in; ever since we began signing our name we've been using the bankruptcy; we just didn't know how. And what they will not tell you about bankruptcy is this is the overriding rules that govern commerce. Those who are smart issue all the credit they want and obtain all the credit they want and therefore they can do what they want. Those who are dumb act as if they're in debt and depend upon somebody else who will issue credit to them for their existence.

[RJ] So, on each one of these accounts whether you are in court or it's something else, typically what you're doing, then, is you're doing a 1099OID and a – what are the forms you're using, for example, if you want to settle something right now?

[Tom] Ok. Let's say you're going to go out and purchase a car and you get a contract with the car dealer; can you accept the offer? Yes, I accept the offer, here is my account number. In bankruptcy anybody who brings a liability is also supposed to bring you the check. If they don't bring you the check you're in violation of the bankruptcy already. You're already in dishonor of bankruptcy. But we're going to get into our education program with everybody in the world? No. So we can give them a promissory note—are they familiar with that? Yes. Give them a promissory note, what have you done? You've just issued your own credit. The fantasy is to think that your credit can only be issued by a bank. In reality, you can issue your own credit. And **the proof that you can issue your own credit is to bring in a 1099OID**, you are the payer, the car dealer is the recipient, here is the amount of the funds that they have just received. **The 1040 voucher in a authorization to bring this to the bank** and go right into the....computer system and deposit those funds into the Treasury **and get an instant tax refund for the same**. Therefore the account is zero. That's what the 1040 voucher {1040V} is for. That 1096 form is a summation of how many 1099s you're putting in. Are you putting in one or are you putting in 50 or is this for the end of the year or just a partial for the year? Single transaction, so unless you mark final on it it's not a final for the year. IT may have one 1099, it may have 13 or it may have 300, whatever. Now, at the end of the year you mark that final. 99 1099OIDs, the amount is $326,000; that special form which is optical character read, if you'll read the tax codes, is supposed to go in by the end of February because you're supposed to get your reports from corporations by the end of January. You then have a month to collect them; these are all commercial affidavits. If you get a W2 and you don't rebut the thing, what have you just agreed to? You're in receipt of wages or income. And if you're in receipt of wages or income you have to pay taxes. You need to correct this thing with a W2C. ...pretty simple math, huh? Ok, so that's it in a nutshell.

Now, when you go to a court case...all the time, they are charging you. Well, how much is the bill? They won't tell you. Because in reality there is no charges yet and it works more or less like this. When you come into a court case somebody with a license has gone in there and said to the clerk of court, 'I'll bet you I can make a million bucks on RJ.' And the clerks, 'well, let see, you've got permission to come and play this game because you're qualified, so, yes, here's a court case number.' Now they have just bet that they can make a million bucks on you. The clerk of the court goes out there and issues bonds with your name on it and the bid bond and performance bond and a payment bond stapled together is called a derivative. Now, they sell it on Wall Street through Lehman Brothers or whomever and it's junk paper—commercial paper is what they call it. And they pedal it around the world. Here's a million dollars worth of debt with your name on it. And that goes out to them as soon as there's a court case. Now, the only thing that they're obligated to do is bring you into court and have you violate the bankruptcy agreement. When you say, 'I am not guilty,' you just said, 'I refuse to pay the bill.' You just violated bankruptcy; you just lost the case. The rest is a dog and pony show all for psychology. Now, if you go into a court case and say, '**where is the 1099 for this transaction**,' it's a taxable transaction, it's commerce. The prosecutor is supposed to deliver it to you. If he doesn't, he's telling you, 'I don't have a claim, there is no claim.' What are you saying, case closed, case dismissed, the case is over. I'm leaving, it's out of here. Or, they drag you in here and you've been under arrest, you've been handcuffed, you're not going to walk out of there this easy because you're still in handcuffs. Well, **we issue them a bond or a promissory note** for $300,000,000—now, what do you have? Now you have a receipt of $300,000,000 in funds and they better get directed to the Treasury and if they don't **you're going to be guilty of income tax evasion** in the amount of $300,000,000 and I'm going to report that to the IRS and the IRS is going to come and get you. That's exactly what Al Capone went to jail for, income tax evasion.

So, although it's not a crime to do the business they're doing in some regards it is, because it's extortion, kidnapping, piracy and all the rest of the stuff. They have that license to do that. License is permission to

break the laws and are they're breaking the law with a license to do it and they're saying, 'come in here and do business with us; we're going to go create some new money.' So, you can go into court to go create new money if you'd like. And you can go in there to create money that you're going to get a return on next year or…this you're going to make the clerk give you the funds now.

[RJ] I'd love to know how to do that.

[Tom] The phrase is called…court to me because when they write that court order it's a money order, you ordered money. And somebody's going to endorse that and it's going to turn into money. Now, the only people who know how to do this are banks, the IRS, the United States Treasury and some people on Wall Street, who have a SEC license.

[RJ] Have you done any of this sort of thing through a bank?

[Tom] I've tried. ...will not do it for you because you are basically—it's like the Wizard of Oz movie, you just demonstrated that the Wizard of Oz doesn't exist. The man behind the curtain pulling all the levers is a con job. That's banking. Banking does not do money; they let you use your own credit. They are an instrumentality of the United States government so…revealing this fraud.

[RJ] Right. So, you wouldn't recommend paying a monthly credit card bill with a 1099OID money order?

[Tom] Well, here's what happens in truth. If you always do this the first time you get in a contract, let's say you bought a car and you get a book full of coupons, those coupons are payment vouchers. If you will sign the coupon and write money order on it, pay to the United States Treasury. It's the example you'll see in that account, 'zero the account' thing, you've just made the payment. That voucher is the payment; it doesn't have to be a green dollar bill nor does it have to be a check on an open account. It just has to be negotiable paper and your signature on it will make it negotiable. Now, you've made the payment. You see, they gave you a way to make the payment. But now you give them a check on an open account, what have you done? You have contracted into a different arena; you have now said, 'I'm going to give you funds on an open account; I'm going to pay you taxes, therefore I'm making you a tax collector, therefore you're going to keep collecting taxes from me and if I fail to pay the tax I'm going to be tax delinquent.' Yes?

[RJ] Right.

[Tom] So, you have established that contract; they did not—you did. Now, they're really not authorized to collect taxes on your behalf except you created that situation to begin with.

[RJ] Any way to fix it?

[Tom] Yes. You give a promissory note to somebody and send you a coupon book, sign all the coupons and send them all back. Is it paid for? Yes. Do the 1099OIDs and send it off to Treasury. Tell them to zero out the account and send you back the money. Will they do that? Yes. See, if you've bought a car for $31,000 and you get a refund for $31,000 and then you go back and pay the car dealer $31,000, have you gotten everything free except for a few papers? Yes. See, now it's back to prepaid status. Did they charge me $31,000. I got in a contract for $31,000. I went to the IRS to get the $31,000. IRS sends me a check for $31,000, now I give it to the car dealer and they're paid. So, it all comes back go zero. It's a lunatic system when you think about it.

[RJ] Well, it is.

[Tom] Why not eliminate it? Let's just understand it's all prepaid and then we don't have a problem. The problem is human psychology. Human psychology is so God damned greedy I want to take everything I can get my hands on in which case we have alpha male in the coyote pack, somebody who's the biggest, baddest meanest on the street is going to grab everything for himself....somebody else so you'd have gang warfare. You see, they don't release all this information to some extent and they let human psychology... Now, it's human psychology that trains you to believe that you are in debt and you owe taxes. The IRS never told you, you owe taxes and you go into the tax table and say, well, I made $31,000 therefore I'm going to assess myself $7,400 in taxes. They didn't tell you, you need to do that. You did that to yourself.

[RJ] I got you.

[Tom] Because your mentality is that you are a taxpayer.

[RJ] Well, let's deal with that for just a moment. Let's take somebody who hasn't paid tax. I just got off the phone with a guy who hasn't paid taxes in 35 years. They've got a $100,000 lien on him—well, that's just the beginning of his troubles. What would he do, would he have to file or make up 1040s for all of those years?

[Tom] No. First of all, the IRS will only levy you to get into that...for three years because they cannot keep track of the accounts forever.

[RJ] Right, so it would be just the last three years?

[Tom] …just three years.

[RJ] Ok, the last three years?

[Tom] Yeah, now, they can keep a running balance—you understand? But how do they go back to Shyster Bank seven years ago and…those records. It would be a nightmare. Well, they will only do that up to three years ago because when I give them a 1099OID and I say, Shyster Bank is in receipt of $12,000, Shyster Bank's records better match that and they better have sent $12,000 to the Treasury or they're guilty of income tax evasion.

[Jim] Can I ask you a question?

[Tom] Yes.

[Jim] It's my understanding and I could be wrong, if you get a bill in a particular year…that bill can go on a 1099OID even if the bill is maybe for six years back as long as they send you a bill three years back you can put it on a 1099OID, is that correct?

[Tom] Yeah. Today's 2008. If I get a bill today from the IRS that says I owe $71,000 what will I do? Take the bill, turn it into a money order and send it back to them; I just paid them $71,000. What else would I do with it? I'd put it on a 1099OID. Today, I gave the government $71,000 and they have to give me a refund for it.

[Jim] Right, and I can only go back those three years for any bill that I get. In other words, if I got it in the last three years. Anything beyond that I can't catch.

[Tom] They can't straighten up their accounts. Let's suppose that your grandfather put $40,000 for you in the bank when you were a baby and now, you inherited it. And now it comes out as $1,000,001. Do you see what's happened here? There's been a lot of growth on those funds. You can't change what your grandfather did forty years ago, can you? So you cannot change those transactions, they're too old and

they're in the past. But the running balance would still be running forward. So a man who has not paid income taxes, not filed anything or not straightened out his account for 35 years can have a running balance here, but he cannot collect any individual things more than three years old. So the synopsis to what you just said is this: the IRS has a lien on it for $110,000, what do you do with the lien? Accept the lien for value; give them a promissory note and send it to them. Give them the 1099, 1096, 1040 voucher {1040V}, 1040 form, what have you just done? I just have paid you $110,000 and I'm going to ask you for $110,000 tax return. It's that simple; now your books are clean. You have just returned their present to them. That's what they're asking for, a return. They're not asking for you receipt. They're not asking for all that shit. When they say we want your books and records what they mean is we want your 1099s, 1096, 1040...you've cleaned up your account. This is just a lot like handling your checking account. When you fill out a check and you write it to your electric company for $122 it goes in a debit column. That's an amount that you issued your credit for. Over here in the credit column is paychecks for the week. I made $1000 and I just paid $122 for the electric bill. What is your running balance over here—something $641 I had left, you see. Well, your Treasury account was funded when you were born. When they created your birth certificate they funded your account. It's based on the birth rate, it's based upon the value of gold and it's multiplied because you're more valuable than gold. So if you were born at 8 pounds, 14 ounces that would correlate to 8 pounds, 14 ounces of gold multiply times a factor and that's what goes into your Treasury account as your credit. So you are pre-funded for your life. That's usually why you'll see that when there's some ten pound kid born it goes up on the news, 'hey, a ten-pounder was born today, a kid worth his weight in gold..., worth your weight in gold and then some because you are more valuable than gold. And see how this...with the Bible. The Bible says, 'from dust thou art and from dust doest we return.' Everything comes from the earth; we come from the earth; gold and silver comes from the earth. It's a valuable commodity, we are much more valuable. We not only have minerals inside like gold and silver but we walk and talk and do labor and create and invent and imagine. We're much more valuable. But it's our ability to do work which has been hypothecated. When they created that system they estimated that you would last and be productive 65 years, eighteen years you were down on the farm; Daddy was taking care of you, after that you're going to go to work and you're going to produce something and that something that you produce whether it's fruits and vegetables or car parts is a valuable piece of our economic system. So you are contributing to the system and the system is there to take care of you.

[RJ] Let me ask a question, Tom. From a practical standpoint of view anybody who wants to use this system is going to start taking certain actions or going to want to and if you could give me an idea if you just found out about all of this and you were going to start correcting some of the problems. You've got debts to settle, you're low on cash but you owe lots of bills. Step-by-step what would you do to fix your situation?

[Tom] Number one, you should accept your Treasury account. It is your banking account that has the credit there that will provide you...

[RJ] And you'd have to do what to do that?

[Tom] Well, let's just take the example you presented. A man has a $100,000 lien against him...you have a $100,000 debt that you haven't taken care of. Would you please issue the credit to do that. Issue the credit to do that and you will do what? You will just have funded it...and be eligible for a refund on it.

So go do that. They give you $100,000 bill, give them a promissory note or take the bottom portion of the bill they give you. The IRS gives you a bill and rip off parts, the bottom of the front page, it's a voucher, and you fill it out just like a check and on the top you write money order, pay to the United States Treasury $71,408; sign it. In the middle section on your check you put in your account number. This is now a negotiable instrument; you have just paid the IRS the money. Now you have issued your credit, what do you get to do with it? Give them a 1099OID and it's going to say, 'I've issued you my credit; you are allowed to use it; next year you have to refund it to me.... You're lending the United States Corporation your assets; they are using it and they're obligated to return it to you with interest. If you don't understand bank laws where we pay principal and interest that's what the United States Corporation is doing; they are borrowing from us. We are the principal; they are borrowing from us our credit, our labor, and they have to return it to us with interest.

[JR] Ok, excellent.

[Tom] We, the people, do labor; corporations, now, you have to take that and I make that thoroughly clear, a corporation is a legal fiction. IBM does not do one lick of labor. They might have 100,000 employees which labor but IBM does not. So, IBM is like a public utility; they are a... They do not actually earn profits because they never contributed any labor. All the dollars that come in there is income to IBM are what? They are taxes. And all those taxes have to be funded to what? The Treasury, so that those people who have bought IBM products can get a refund for the income they've paid IBM. It goes round in a circle. One of the examples I use is in nature; most of the water on earth comes from the ocean. The water evaporates, turns into clouds, the clouds run over the earth; we get rain, we get streams and we get rivers. The rivers were...in place by the bank and current returns to the sea, a complete cycle. Water goes back to the source. In this system, it's the credit that goes back to the source. Labor that we've expended comes back to us.

[JR] Let me ask you a different angle, a different question on the taxes issue. I'm only going to be filing three years because I don't have to go back further than that. I don't have any 1099s from anyone; would I fill that out as a zero return?

[Tom] Well, if you thought you had the right form; I sent you back the 18-page "Zero the Account" yesterday and you'll see there's a example of each form.

[JR] I did see that.

[Tom] Ok. Now, that's very self-explanatory; it tells you exactly what goes in each line on the 1040 form.

[JR] A zero?

[Tom] Well, a zero or it says to sum up 1096.

[JR] Right, I noticed that.

[Tom] Ok. So, if you filled out ten dozen 1099s and that equals $100,000, the 1096 will say, 'I am sending you ten 1099s that equal $100,000. Each line on that 1040 that says put 1096 amount here would say $100,000. And if you did this once or twice in pencil you will learn very quickly that your income will show to be zero. Wages are income from corporate activities, zero. Amount of income from other sources, $100,000. Amount of taxes paid, $100,000. Amount of refund due, $100,000. Now, that's the way it works.

[JR] That's interesting. So, if you on top of that were getting, say, wages or a salary for a job which is probably the typical situation out there you would have to add that to it, exactly—right?

[Tom] Yes, if you had $40,000 that were reported on a W2 and you worked for Wal-Mart you did not collect wages and you do not report income. You need to correct the W2; I made zero, I didn't make $40,000. I signed each and every paycheck, therefore I issued the credit for each paycheck. Wal-Mart did not. If you do not sign a paycheck or with cash, no the accounting is not approved. The sovereign has to approve the accounting. If you don't sign it it's not going to…for him do what? Reverse their accounting entries. And this is what happens in a court. They are bringing charges to you. Will you pay the charges? Yeah, give me that court paper and I'll sign it. Now, it's proof that I just made the payment. Now, how much did I pay? That's why I want the 1099; how much of my credit did you take? Because I'm going to get a refund for it. Now, if you don't give me the tax form, here, are you in violation of our income tax laws? Yes. Are you using my identity without my knowledge and consent? Yes. Is that identity theft? Yes. Is that sedition against the United States? Yes. Is that fraud and embezzlement? Yes. Is that theft of public funds? Yes. And you can go through the whole list, here, as to what they're doing.

[JR] In a court case situation, instead of doing a Sam Kennedy which is the BIC process which I guess you're familiar with, your recommendation would be to skip all of that and just come in with a 1099OID and what is it you're handing over to them along with your money order?

[Tom] Well, let's back up a little bit. Sam's process—this is what happens when people get involved in a court case. Right…give me a summons for a court case; that's an offer to come to court and make money. Would you like to show up or not? It's a contract offer. Do you need to…? No. You can send it right back to them. No, thank you. Don't consent. Say you don't have a court case. …an opportunity to go out and take a negotiable piece of paper that you do not know how to turn into cash and turn it into cash. Go to court; they're a bank. So, now, they've sent you a lawsuit and they say, 'we're going to sue you for $98,000.' Well, good. …on the court and make $98,000. So what do you need to do to make that

$98,000? You need to bond up the case and issue your credit so that you control the judge, the prosecutor and the clerks. You are now the insurance company. When there are two people driving out here on the road and they get in a car accident, do they have the right to sue each other? No. Do they have the right to defend each other? No. They have contracted away those rights to the insurance company. Only the insurance company gets to decide and when you bond up a court case you're the only one who gets to decide. What does the judge have to say about this? Nothing. What's the prosecutor have to say about it? Nothing. You are the one with the bond. I own this case, it belongs to me; I'm the insurance company. Whoever needs to get paid, I'm going to do the paying. So, in other words, you control the court case. Now, any funds that are created in that court…have to go to who? The insurance company. You go into the court to order the judge or the attorney, they're going to come back to you. I own it. See, because a court will not give you a bill; they will not tell you what the amount is. Let's say that you make the mistake of going to court. Let's make some money; how are we going to do this? You are charged with spitting on the sidewalk. Ok, what's the bill on that? What do you mean, the bill? You're charged with spitting on the sidewalk, how do you plead, guilty or not guilty? In other words, are you going to pay or are you going to refuse to pay? You say, 'not guilty,' because we were trained and conditioned to believe that guilty is a bad thing—it means, I am responsible. You ever heard the president say the buck stops here. He's responsible for everything and if you're a sovereign you're responsible for everything. This is my country; whatever is going on here I'm responsible for. You bring me a bill, I won't pay it. I'm going to find out I'll get to the bottom of it later—see. Once you do that in a lot of things you'll say, 'I'll pay you then we're going to find out the investigator was doing what. …here in the court. But you can say, 'who has a claim against me?' Mr. Prosecutor, do you have a 1099; do you have charges against me?' He doesn't; he doesn't have charges against you until you violate the bankruptcy. There are no charges; there's just talk about it.

[RJ] So, you're just going to walk in and say, 'where's your 1099?'

[Tom] Where's the 1099; this is a taxable commercial transaction, isn't it?

[RJ] Yep.

[Tom] Money is going to change hands down here and I don't care, take the simplest case, a traffic ticket. We're charging you with speed. How much is it you want, $150? Is that not commerce?

[RJ] Sure it is.

[Tom] Money changing hands—yeah—and that's what we're talking about, here, this a taxable event. I want the damned tax form on this so I can get my credit refunded because when I pay you with a open check or why don't I take that ticket and accept it for value and return it to you, either way I made payment. And you have to accept it; it's a negotiable instrument because I signed it.' That's what they don't want you to know. That's why people say, 'oh, I accepted the ticket for value and I signed it and they didn't accept it. Why are they going to accept what you don't know? You have to hold their feet to

the fire. Did you steal funds from me because I will report you to whom? IRS—and I will do that with a 1099; I will say, 'I gave the Monroe County Municipal Court $150 in their courts…they monetized it and they multiplied it times ten on a municipal level and it goes up to the state level and they multiply it times a hundred and you get up to the federal level and they multiply it times 1000. That's why the numbers get to be so big. …we have captains of tens and hundreds and thousands and each bank level monetizes, multiplies times ten. So you see, here we got up into the trillions. And that's how the thing works. You don't know what the amount is. If you want to pay this bill when it's $150, it'll stop right there. If you refuse to the bill, do you see what's going to happen? The municipality will get $150, the state will get 1500; the feds will get what? 150,000. Do the math on these things. Sometimes it's a 1,100,000; it's crazy what happens. Now your name is out here on bonds in Wall Street, sold around the world for a million dollars. That's your…because your name is on it. That's pretty spooky, huh? You're in debt. And what will you go to prison for? Being in debt. Everybody in prison is called a trustee; they're in jail for not doing their fiduciary duty. What's your fiduciary duty in bankruptcy? Pay the bill.

[RJ] Now, let's talk about that for a second. Let's talk about somebody who's in foreclosure and they're about to sell off their property. How would you handle that using this system?

[Tom] Well, first of all, you have to separate—foreclosures are…because there's two things happening in a foreclosure on a house. First of all, he bought the house, he paid for it. They know that. They took your $100,000 and they put into a savings account for you, then they issued you $100,000 based on $100,000 in the savings account you have. And they actually perform check kiting because there are no funds to give you. Now, they give you another negotiable instrument and you signed it. Again, so you just issued another $100,000. Now they're building on $100,000 and you got a house. But then they send you a coupon book to make monthly payments on, huh? Why? Because they sold your note. So they've already gotten paid. And now they send you a coupon book and this is to make the payments again. Ok, so this is payment #3, correct?

[RJ] Yep.

[Tom] …really catch you because the $100,000 becomes $365,000 by the time you done paying. …for thirty years is now $365,000—right?

[RJ] Right.

[Tom] See the remedy that you have here? One thousand a month for twelve months, $12,000; IRS will give you a refund for it. So, I paid them $12,000 and IRS is going to refund me for it. Do I have the $12,000 to pay them next year. Yes.

[RJ] Oh, absolutely. But don't forget we're in a foreclosure and they're about to sell the property.

[Tom] Ok. It's not about the money, though, that's the problem. It has nothing to do with the money. This has to do with the trust. And the terms of a trust does not have to be disclosed. But if you will read the agreement that you signed, there was no requirements to sign this, it was a gift. You said—most mortgages say or deed of trust says I irrevocably grant and convey—in other words, I irrevocably have gifted to the state my land therefore the state is now the owner and I did it of my own free will. I established this trust; I am the god of this trust, I am the testator, I gave it away. Now, how many are going to come back here and be an Indian giver? You see? So they're acting in their capacity as trustee. You made them the trustee. They are going to manage and accept the property and they do. And when you tell them 'I refuse to pay and you can't take my house away,' they're saying, 'why are you arguing about your own trust? You set the thing up. You are a double-minded man; you are unstable in all your ways. You are liable here because you established the law. You wrote the contract that said do this?'

[RJ] Now, I know better so now I want to fix it, so now what do I do?

[Tom] Rescind your signature on the application for credit.

[RJ] Not a problem.

[Tom] Rescind your signature on the mortgage or deed of trust and then make payment again and now you got them all three ways. Now, look, I made payment, again. …promissory note; are you going to tell me it's about the money because that what they contend. They pretend it's about the money and it's not. There's another step in here and it's called recruitment. Under the UCC and under the federal accounting standards they owe you back the promissory note and the sum of all the payments because they're holding…accounts for you and if you don't ask for it you don't get it.

[RJ] Would you like to see a copy of my rescission that I wrote up?

[Tom] No.

[RJ] Oh, I thought you might like to take a look at it.

[Tom] I steal from anybody; if it looks like good shit I will use it.