1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA,

                  No. Civ. S- 09-0600 FCD EFB

        Plaintiff,

     v.

TERESA MARTY, individually and        **O R D E R**
d/b/a ADVANCED FINANCIAL
SERVICES, LLC.

        Defendant.
_____/

    The defendant in this matter, TERESA MARTY, is now appearing in propria persona.

Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Edmund F.

Brennan for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders

issued, by the undersigned are **VACATED**.  Any pending requests shall be referred to the

magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case

shall reference the following case number: **CIV S-09-0600 FCD EFB PS**.  The Clerk shall issue

an Initial Scheduling Order for Magistrate Judge Edmund F. Brennan.

DATED: March 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE