IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TERESA MARTY,<br><br>　　　　Defendant.<br>_____/ | No. 09-cv-00600- KJM-EFB |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br>TERESA MARTY,<br><br>　　　　Defendant.<br>_____/ | No. 10-cv-02805- KJM-EFB |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br>TERESA MARTY,<br><br>　　　　Defendant.<br>_____/ | No. 13-cr-00217-TLN<br><br>ORDER ON NOTICE OF RELATED CASE |

1

1           Examination of the above-captioned actions reveals that they are related within
2 the meaning of Local Rule 123(a).  Here, the "actions involve similar questions of fact and the
3 same question of law and their assignment to the same Judge or Magistrate Judge is likely to
4 effect a substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the
5 assignment of these matters to the same judge is likely to effect a substantial savings of judicial
6 effort and is likely to be convenient for the parties.

7           The parties should be aware that relating cases under Rule 123 causes the actions
8 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
9 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
10 assigned.

11          As a result, it is hereby ORDERED that 13-cr-00217, is reassigned from Judge
12 Troy L. Nunley to the undersigned.   Henceforth, the caption on documents filed in the
13 reassigned case shall be shown as 13-cr-00217-KJM.

14          It is further ORDERED that the Clerk of the Court make appropriate adjustment
15 in the assignment of criminal cases to compensate for this reassignment.

16          IT IS SO ORDERED.

17 DATED: July 23, 2013.

_____
UNITED STATES DISTRICT JUDGE